**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**NOTICE OF REMOVAL OF ACTION**

Jason Scott Jordan ("Jordan") hereby seeks to remove the case of <u>Jason Scott Jordan v. Bene Market, LLC et al.</u>, C.A. No. 22-11757 in the Berks County Court of Common Pleas into this Court pursuant to 28 U.S.C. §§ 1441 and 1452.

1. On July 29, 2022, a complaint was filed in the Berks County Court of Common Pleas at Docket No. 22-11757 (the "State Court Case").

2. On October 2, 2024, the Court entered an order for relief on an involuntary petition in this Chapter 11 case and this removal is timely filed within 90 days of that order. Fed. R. Bankr. P. 9027(a)(2).

3. The U.S. District Court for the Eastern District of Pennsylvania (the "District Court") has jurisdiction over this matter under 28 U.S.C. § 1334 because this action arises in and relates to the Debtor's Chapter 11 case pending before this Court and, therefore, may be removed under 28 U.S.C. § 1452 and Fed. Bankr. P. 9027.

4. The State Court Case may be referred to this Court from the District Court under the Standing Order of Reference entered on July 25, 1984 by the District Court.

5. The cause of action to be removed is a core proceeding as defined in 28 U.S.C. § 152(b)(2) as it involves the "allowance or disallowance of claims against the estate or exemptions from the property of the estate," id. § 157(b)(2)(B). The case may involve matters concerning the

administration of this case, id. § 157(b)(2)(A), or other proceedings affecting the liquidation of assets of the Debtor's estate (§ 157(b)(2)(O)).

6. Accordingly, removal of the State Court Case is appropriate and should be referred to this Court.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: December 6, 2024      By:    /s/ Joel A. Ready
                             Joel A. Ready, Esquire
                             PA Attorney I.D. # 321966
                             Benjamin J. Lewis, Esquire
                             PA Attorney I.D. # 313733
                             8500 Allentown Pike, Suite 3
                             Blandon, PA 19510
                             (610) 926-7875