**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| **Alan Christopher Redmond,** | : | **Chapter 11** |
| | : | |
| **Debtor.** | : | **Bky. No. 24-13093** |

| | | |
|---|---|---|
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| | : | |
| **Alan Christopher Redmond,** | | |
| **v.** | | |
| | : | **Adv. No. 24-0144** |
| | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW,** Plaintiff Jason Scott Jordan ("the Removing Party") having filed a Notice of Removal, pursuant to 28 U.S.C. §1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure with respect to the claims or causes of action titled "Jason Scott Jordan v. Bene Market, LLC et al., C.A. No. 22-11757 in the Berks County Court of Common Pleas (the "Action"),

It is hereby **ORDERED** that:

1.  Any motion for remand of the Action or any claims or causes of action which are contained therein shall be filed on or before **January 7, 2025**.

2.  On or before **December 23, 2024**, the Removing Party shall file a copies of all records and proceeding relating to the Action pursuant to Fed. R. Bankr. P. 9027(e)(2);

3.  On or before **December 23, 2024**, the Removing Party shall file a statement that they do or do not consent to the entry of final orders or judgment by the bankruptcy court.

4.  On or before **January 7, 2025**, Alan Christopher Redmond shall comply with the requirements of Fed. R. Bankr. P. 9027(e)(3).

5.  On or before **December 19, 2024**, the Removing Party shall serve this order on all other parties to the Action upon all counsel of record and all unrepresented parties in the Action and file a Certification of Service in accordance with L.B.R. 9014.

**Date: 12/10/24**

                                                                               _____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**