**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Involuntary Chapter 11 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 24-00144-PMM |

**CERTIFICATE OF SERVICE**

I, Valeria Amato, Paralegal hereby certify that I served true and correct copies of the Order – Document No. 2, and this Certificate of Service via first-class mail postage pre-paid on the date indicated below to the addressees as listed below.

Alan Christopher Redmond,
President of Bene Market, LLC
8 Morgan Drive,
Reading, PA 19608

Bene Market, LLC
c/o Norman M. Valz, Esq.
441 Irvington Road
Drexel Hill, PA 19026

Nicole Marie Nigrelli, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Albert Anthony Ciardi III, Esq.
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103

Date: December 11, 2024

By: _Valeria Amato_
     Valeria Amato
     *Paralegal*