United States Bankruptcy Court

Eastern District of Pennsylvania

Jordan,

    Plaintiff                                                                                          Adv. Proc. No. 24-00144-pmm

Redmond,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**

**Recip ID**      **Recipient Name and Address**
ust      + James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 11 2024 00:11:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024               Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Albert Anthony Ciardi, III

      on behalf of Defendant Alan Christopher Redmond aciardi@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

JOEL A. READY

      on behalf of Plaintiff Jason Scott Jordan joel@cornerstonelaw.us  valeria@cornerstonelaw.us

NICOLE MARIE NIGRELLI

District/off: 0313-4                                        User: admin                                        Page 2 of 2

Date Rcvd: Dec 10, 2024                                    Form ID: pdf900                                    Total Noticed: 2

on behalf of Defendant Alan Christopher Redmond nnigrelli@ciardilaw.com  sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | | |
| **Alan Christopher Redmond,** | : | **Chapter 11** |
| | : | |
| Debtor. | | **Bky. No. 24-13093** |

| | | |
|---|---|---|
| **Jason Scott Jordan,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| | : | |
| **Alan Christopher Redmond,** | | |
| **v.** | | |
| | : | **Adv. No. 24-0144** |
| | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW,** Plaintiff Jason Scott Jordan ("the Removing Party") having filed a Notice of

Removal, pursuant to 28 U.S.C. §1452 and Rule 9027 of the Federal Rules of Bankruptcy

Procedure with respect to the claims or causes of action titled "Jason Scott Jordan v. Bene

Market, LLC et al., C.A. No. 22-11757 in the Berks County Court of Common Pleas (the

"Action"),

It is hereby **ORDERED** that:

1.  Any motion for remand of the Action or any claims or causes of action which are contained

    therein shall be filed on or before **January 7, 2025**.

2.  On or before **December 23, 2024**, the Removing Party shall file a copies of all records and

    proceeding relating to the Action pursuant to Fed. R. Bankr. P. 9027(e)(2);

3.  On or before **December 23, 2024**, the Removing Party shall file a statement that they do or

    do not consent to the entry of final orders or judgment by the bankruptcy court.

4. On or before **January 7, 2025**, Alan Christopher Redmond shall comply with the requirements of Fed. R. Bankr. P. 9027(e)(3).

5. On or before **December 19, 2024,** the Removing Party shall serve this order on all other parties to the Action upon all counsel of record and all unrepresented parties in the Action and file a Certification of Service in accordance with L.B.R. 9014.

**Date: 12/10/24**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**