# SHERIFF'S OFFICE OF BERKS COUNTY



**Eric J. Weaknecht**
*Sheriff*

**Mandy P. Miller**
*Chief Deputy*

---

JASON SCOTT JORDAN
vs.
BENE MARKET, LLC (et al.)

| **Case Number** |
| 22-11757 |

---

## SHERIFF'S RETURN OF SERVICE

08/05/2022   Previous Address: 2005 REGENCY DRIVE, WYOMISSING, PA, 19610

08/08/2022   11:42 AM - SERVED THE COMPLAINT & NOTICE BY HANDING  A COPY TO SHANNON KROEMMELBEIN, WHO ACCEPTED AS "ADULT PERSON IN CHARGE" FOR ALAN CHRISTOPHER REDMOND AT 1198 READING BLVD, WYOMISSING, PA 19610. SO ANSWERS: DEPUTY JASON WOLFE,  OF BERKS COUNTY, PA.

BELOW ATTEMPTS MADE AT 2005 REGENCY DR., WYOMISSING
8/3/22 AT 1445 NO ANSWER
8/4/22 AT 1130 NO ANSWER, NEIGHBOR STATED HOUSE IS VACANT

_____
JASON WOLFE, DEPUTY

08/10/2022   03:12 PM - THE REQUESTED COMPLAINT & NOTICE SERVED BY THE SHERIFF OF ADAMS COUNTY UPON STEPHANIE FARRIS MILLER, WHO ACCEPTED FOR STEPHANIE MILLER, AT 485 KNORR ROAD, GETTYSBURG, PA 17325. JAMES W MULLER, SHERIFF, RETURN OF SERVICE ATTACHED TO AND MADE PART OF THE WITHIN RECORD.

ADAMS COUNTY COSTS: $29.25

08/11/2022   10:47 AM - DEPUTY RICHARD CORBETT JR., BEING DULY SWORN ACCORDING TO LAW, STATES THAT DILIGENT SEARCH AND INQUIRY WAS MADE FOR THE WITHIN NAMED DEFENDANT TO WIT: BENE MARKET, LLC, BUT WAS UNABLE TO LOCATE THE DEFENDANT. THE SHERIFF THEREFORE RETURNS THE WITHIN REQUESTED COMPLAINT & NOTICE AS "NOT SERVED" AT 4 SOUTH 4TH STREET, READING, PA 19605.

PER SECURITY, NO TENANT BY THIS NAME

_____
RICHARD CORBETT JR., DEPUTY

SHERIFF COST: $106.25

SO ANSWERS,

_____
ERIC J. WEAKNECHT, SHERIFF

August 16, 2022

Sheriff's Service of Complaint upon 22-11757
**Berks County Prothonotary Office**



*5425033 R*      8/17/2022  10:03 AM

uite Sheriff. Teleosoft. Inc

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757

# SHERIFF'S OFFICE OF BERKS COUNTY



**Eric J. Weaknecht**
*Sheriff*

**Mandy P. Miller**
*Chief Deputy*

JORDAN, JASON SCOTT
vs.
BENE MARKET, LLC (et al.)

**Case Number**
22-11757

## SERVICE COVER SHEET

request | service | ledger

### Service Details:

| | | |
|---|---|---|
| **Category:** | Civil Action - Complaint & Notice | **Zone:** |
| **Manner:** | Deputize | **Expires:** 08/27/2022 | **Warrant:** |
| **Notes:** | DEPUTIZE ADAMS COUNTY | |

### Serve To:

| | |
|---|---|
| **Name:** | STEPHANIE MILLER |
| **Primary Address:** | 485 KNORR ROAD GETTYSBURG, PA 17325 |
| **Phone:** | **DOB:** |
| **Alternate Address:** | |
| **Phone:** | |

### Final Service:

| | |
|---|---|
| **Served:** | Personally · Adult In Charge · Posted · Other |
| **Adult In Charge:** | |
| **Relation:** | |
| **Date:** | **Time:** |
| **Deputy:** | **Mileage:** |

### Attorney / Originator:

| | |
|---|---|
| **Name:** | CORNERSTONE LAW FIRM | **Phone:** 610-926-7875 |

### Service Attempts:

| Date: | | | | | | |
|---|---|---|---|---|---|---|
| Time: | | | | | | |
| Mileage: | | | | | | |
| Deputy: | 1 | 2 | 3 | 4 | 5 | 6 |

### Notes / Special Instructions:

REC'D ADAMS CO. SHERIFF
AUG 9 '22 AM 8:14

Now, 8/9/22  I, Sheriff of Berks County, Pennsylvania do hereby deputize the Sheriff
of Adams County to execute service of the documents herewith and make return thereof according to law.

**Return To:**
BERKS COUNTY SHERIFF'S OFFICE
BERKS COUNTY COURTHOUSE
633 COURT STREET, 3RD FLOOR

ERIC J. WEAKNECHT, SHERIFF

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757

MILLER, STEPHANIE    22-11757    485 KNORR ROAD, GETTYSBURG, PA 17325    EXP: 08/27/2022

# Berks County Sheriff's Office Order for Service
## Sheriff Eric J. Weaknecht
633 COURT STREET, 3rd FLOOR
READING, PA 19601
(610) 478-6240 PHONE
(610) 478-6222 FAX

RECEIVED

2022 AUG -1 PM 2: 31

SHERIFF'S OFFICE
COUNTY OF BERKS

Jason Scott Jordan
_____

PLAINTIFF

VS.

Stephanie Miller
_____

DEFENDANT

All information from the Attorney must be filled in before service and be made.

Please prepare a separate order for service form for each defendant to be served by the Sheriff.

Prothonotary No. _____22-11757_____

Type of Writ or Complaint:

Complaint

TO THE SHERIFF OF BERKS COUNTY, PA:  YOU ARE HEREBY REQUESTED TO MAKE SERVICE UPON THE FOLLOWING PARTY BY:

_____ CERTIFIED MAIL

✔ SHERIFF (PERSONAL)

_____ DEPUTIZED

_____ POST

✓ OTHER (USE SPECIAL INSTRUCTION)

SPECIAL INSTRUCTIONS:
DEPUTIZE ADAMS COUNTY SHERIFF.

REC'D ADAMS CO. SHERIFF
AUG 9 '22 AM8:14

**PLEASE SERVE ABOVE DOCUMENT(S) UPON:**

Stephanie Miller
_____
DEFENDANT NAME

485 Knorr Road
_____

Gettysburg, PA 17325
_____
LOCATION (MUST HAVE A VALID ADDRESS OR DIRECTIONS).

ATTORNEY OR PLAINTIFF NAME AND ADDRESS:
Joel A. Ready, Esq.
8500 Allentown Pike, Ste. 3
Blandon, PA 19510
TELEPHONE: _____ 610-926-7875

SIGNATURE: _Joel A. Ready_

**FOR SHERIFF USE ONLY**

NOW, _____8/2/22_____

I, SHERIFF OF BERKS COUNTY, PA DO HEREBY DEPUTIZE THE SHERIFF OF

_Adams County_

TO EXECUTE THE WITHIN AND MAKE RETURN THEREOF ACCORDING TO LAW.

_____
SHERIFF of BERKS COUNTY, PA

EMAIL: _joel@cornerstonelaw.us_

Date Submitted: _29 JULY 2022_

**PLEASE PROVIDE SELF-ADDRESSED STAMPED ENVELOPE FOR RETURN OF SERVICE**

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN – Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whoever is found in possession, after notifying person of levy or attachment without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

*Web Form 13-02*

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757

# SHERIFF'S OFFICE OF ADAMS COUNTY



**James W. Muller**
*Sheriff*

**Bernard A. Yannetti, Jr.**
*Solicitor*

**David S. Allison**
*Chief Deputy*

**Kevin E. Miller**
*Lieutenant*

| JASON SCOTT JORDAN | **Case Number** |
| vs. | |
| BENE MARKET, LLC (et al.) | 22-11757 |

## SHERIFF'S RETURN OF SERVICE

08/10/2022    03:12 PM - Deputy Carl Boyer, being duly sworn according to law, deposes and says, the Complaint in Civil Action (CICA) was served upon STEPHANIE FARRIS MILLER at 485 KNORR ROAD, GETTYSBURG, PA 17325 by handing a true and attested copy to a Douglas Miller, Husband, adult-in-charge of residence at time of service, and made known the contents thereof.

CARL BOYER, DEPUTY

SHERIFF COST: $29.25

SO ANSWERS,

August 11, 2022

JAMES W. MULLER, SHERIFF

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|------|----------|------|-------|-------|--------|
| 08/09/2022 | Advance Fee | Advance Fee | 3926 | $0.00 | $150.00 |
| 08/09/2022 | Notary Fee | | | $5.00 | $0.00 |
| 08/09/2022 | Docket & Return | | | $9.00 | $0.00 |
| 08/09/2022 | Service | | | $9.00 | $0.00 |
| 08/10/2022 | Mileage | | | $6.25 | $0.00 |
| 08/11/2022 | Refund | (PAID 08/11/2022) | 16055 | $120.75 | $0.00 |
| | | | | $150.00 | $150.00 |
| | | | **BALANCE:** | $0.00 | |

Commonwealth of Pennsylvania - Notary Seal
Erica L. Kirkner, Notary Public
Adams County
My commission expires April 7, 2026
Commission number 1222823
Member, Pennsylvania Association of Notaries

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COMMONWEALTH OF PENNSYLVANIA, COUNTY OF ADAMS**

Affirmed and subscribed to before me this

___11TH___ day of ___AUGUST___ , ___2022___

(c) CountySuite Sheriff, Teleosoft, Inc.

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757

# Berks County Sheriff's Office Order for Service
## Sheriff Eric J. Weaknecht
633 COURT STREET, 3rd FLOOR
READING, PA 19601
(610) 478-6240 PHONE
(610) 478-6222 FAX

RECEIVED

2022 AUG -1  PM 2:31

SHERIFF'S OFFICE
COUNTY OF BERKS

Jason Scott Jordan

PLAINTIFF

VS.

Bene Market, LLC

DEFENDANT

**All information from the Attorney must be filled in before service and be made.**

**Please prepare a separate order for service form for each defendant to be served by the Sheriff.**

Prothonotary No. _22-11757_

Type of Writ or Complaint:

Complaint

TO THE SHERIFF OF BERKS COUNTY, PA:  YOU ARE HEREBY REQUESTED TO MAKE SERVICE UPON THE FOLLOWING PARTY BY:

____ CERTIFIED MAIL

✔ SHERIFF (PERSONAL)

____ DEPUTIZED

____ POST

____ OTHER (USE SPECIAL INSTRUCTION)

SPECIAL INSTRUCTIONS:

**PLEASE SERVE ABOVE DOCUMENT(S) UPON:**

Bene Market, LLC
DEFENDANT NAME

4 South 4th Street

Reading, PA 19605
LOCATION (MUST HAVE A VALID ADDRESS OR DIRECTIONS).

ATTORNEY OR PLAINTIFF NAME AND ADDRESS:
Joel A. Ready, Esq.
8500 Allentown Pike, Ste. 3
Blandon, PA 19510
TELEPHONE: _610-926-7875_
SIGNATURE: _Joel A. Ready_

**FOR SHERIFF USE ONLY**

NOW, _____

I, SHERIFF OF BERKS COUNTY, PA DO HEREBY DEPUTIZE THE SHERIFF OF

_____

TO EXECUTE THE WITHIN AND MAKE RETURN THEREOF ACCORDING TO LAW.

_____
SHERIFF of BERKS COUNTY, PA

EMAIL: _joel@cornerstonelaw.us_

Date Submitted: _____

**PLEASE PROVIDE SELF-ADDRESSED STAMPED ENVELOPE FOR RETURN OF SERVICE**

NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN – Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whoever is found in possession, after notifying person of levy or attachment without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

*Web Form 13-02*

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757

# Berks County Sheriff's Office Order for Service
## Sheriff Eric J. Weaknecht
633 COURT STREET, 3rd FLOOR
READING, PA 19601
(610) 478-6240 PHONE
(610) 478-6222 FAX

RECEIVED

2022 AUG -1  PM 2:31

SHERIFF'S OFFICE
COUNTY OF BERKS

Jason Scott Jordan

**PLAINTIFF**

VS.

Alan Christopher Redmond

**DEFENDANT**

All information from the Attorney must be filled in before service and be made.

Please prepare a separate order for service form for each defendant to be served by the Sheriff.

Prothonotary No. _22-11757_

Type of Writ or Complaint:

Complaint

TO THE SHERIFF OF BERKS COUNTY, PA:  YOU ARE HEREBY REQUESTED TO MAKE SERVICE UPON THE FOLLOWING PARTY BY:

_____ CERTIFIED MAIL

✔ SHERIFF (PERSONAL)

_____ DEPUTIZED

_____ POST

_____ OTHER (USE SPECIAL INSTRUCTION)

SPECIAL INSTRUCTIONS:

**PLEASE SERVE ABOVE DOCUMENT(S) UPON:**

Alan Christopher Redmond
DEFENDANT NAME

2005 Regency Drive

Wyomissing, PA 19610
LOCATION (MUST HAVE A VALID ADDRESS OR DIRECTIONS).

ATTORNEY OR PLAINTIFF NAME AND ADDRESS:
Joel A. Ready, Esq.
8500 Allentown Pike, Ste. 3
Blandon, PA 19510
TELEPHONE: _610-926-7875_

SIGNATURE: _Joel A. Ready_

**FOR SHERIFF USE ONLY**

NOW, _____

I, SHERIFF OF BERKS COUNTY, PA DO HEREBY DEPUTIZE THE SHERIFF OF

_____

TO EXECUTE THE WITHIN AND MAKE RETURN THEREOF ACCORDING TO LAW.

_____
SHERIFF of BERKS COUNTY, PA

EMAIL: _joel@cornerstonelaw.us_

Date Submitted: _29 July 2022_

**PLEASE PROVIDE SELF-ADDRESSED STAMPED ENVELOPE FOR RETURN OF SERVICE**
NOTE ONLY APPLICABLE ON WRIT OF EXECUTION: N.B. WAIVER OF WATCHMAN – Any deputy sheriff levying upon or attaching any property under within writ may leave same without a watchman, in custody of whoever is found in possession, after notifying person of levy or attachment without liability on the part of such deputy or the sheriff to any plaintiff herein for any loss, destruction or removal of any such property before sheriff's sale thereof.

*Web Form 13-02*

Received County of Berks Prothonotary's Office on 8/17/2022 10:24:53 AM  Prothonotary Docket No. 22-11757