Received County of Berks Prothonotary's Office on 08/30/2022 1:15 PM Prothonotary Docket No. 22-11757

Date:   August 30, 2022

To:     Honorable Jeffrey K Sprecher

From:   Autumn Bechtel, Deputy Prothonotary


Re:     JASON SCOTT JORDAN VS BENE MARKET LLC ET AL
        Case No. 22-11757


In accordance with B.C.R.P. 1028(c) (3), we are notifying the Court in the above-captioned case.  Preliminary Objections were filed on 8/29/22. They do not contain:

| | |
|---|---|
| _____ | Praecipe for Argument Court |
| _____ | Argument Brief |
| _____ | Proposed Order |
| ___x___ | Affidavit of Service of Proposed Form of Order |
| _____ | Affidavit of Service of Preliminary Objections and Order |
| ___x___ | Proposed Form of Order |

as required by the B.C.R.P. 1028(c) (1) and (2).