**IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA**

**Received County of Berks Prothonotary's Office on 09/06/2022 2:51 PM Prothonotary Docket No. 22-11757**

| | |
|---|---|
| JASON SCOTT JORDAN　　　　) | Civil Action |
| 　　　　Plaintiff,　　　　　　) | |
| 　　　　　　　　　　　　　　) | Docket No. CV – 22-11757 |
| 　　　　　　　　　　　　　　) | **Before The Hon. Jeffrey K. Sprecher,** |
| vs.　　　　　　　　　　　　) | **Judge** |
| 　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　) | |
| BENE MARKET, LLC, ALAN　　) | |
| REDMOND, and STEPHANIE MILLER　) | |
| 　　　　Defendants,　　　　　) | |
| 　　　　　　　　　　　　　　) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in this legal matter as co-counsel on behalf of Defendants

Bene Market, Alan Redmond and Stephanie Miller.

RESPECTFULLY SUBMITTED,

_____

Norman Mount Valz, Esq.
Attorney I.D. No. 61338
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA  19026
Tel. (215) 756-2424
Fax  (215) 827.5758
nvalz@msn.com

Dated: Sept 6, 2022

- 1 -

Received County of Berks Prothonotary's Office on 09/06/2022 2:51 PM Prothonotary Docket No. 22-11757

## CERTIFICATE OF SERVICE

I, Norman Mount Valz Esq., hereby certify that on September 6, 2022  the interested

parties in this action were served through their counsel of record were served via the Berks

County ECF in accordance with the Pennsylvania and Berks County Rules of Civil Procedure.:

_____
NORMAN M. VALZ