Received County of Berks Prothonotary's Office on 09/12/2022 4:41 PM Prothonotary Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
OF BERKS COUNTY, PA

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>     Plaintiff,<br><br>  v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and d/b/a "The Lead House," and STEPHANIE MILLER,<br>     Defendants. | CIVIL ACTION No. 22-11757 |

### ENTRY OF APPEARANCE

Kindly enter the appearance of Eric E. Reed on behalf of the Defendants in the above captioned matter.

Eric E. Reed, Esquire
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Phone:  (215) 299.2741
Fax:  (215) 299.2150
Email:  Ereed@foxrothschild.com

*Attorneys for Defendants*

Dated:  September 12, 2022

**CERTIFICATE OF SERVICE**

I, Eric E. Reed, hereby certify that on September 12, 2022, a true and correct copy of the

foregoing Order was filed with the court using the electronic filing system, which will provide

notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

_____
Eric E. Reed, Esquire

*Attorneys for Defendants*

Dated:  September 12, 2022

Received County of Berks Prothonotary's Office on 09/12/2022 4:41 PM Prothonotary Docket No. 22-11757