Received County of Berks Prothonotary's Office on 09/13/2022 10:38 AM Prothonotary Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA

JASON SCOTT JORDAN,
                    Plaintiff,

            v.

BENE MARKET, LLC, ALAN CHRISTOPHER
REDMOND, individually and d/b/a "The Lead
House," and STEPHANIE MILLER,
                    Defendants.

CIVIL ACTION No. 22-11757

**(Proposed) ORDER**

AND NOW, this _____ day of September, 2022, preliminary objections endorsed with a

notice to plead having been filed in this matter and served on August 29, 2022 it is hereby

ordered that:

1.      Any party wishing to oppose the preliminary objections shall file with the

Prothonotary an original and one copy of the answer to the preliminary objections and proof that

the answer to the preliminary objections has been served by first class mail upon counsel for all

other parties and any unrepresented parties no later than _____.

2.      Depositions and/or any other discovery required for determination of the

preliminary objections shall be completed by _____.

3.      An original and one copy of a brief of argument and proposed order granting the

relief requested, along with proof that such documents were served by first class mail upon

counsel for all other parties and any unrepresented parties, shall be filed with the Prothonotary by

_____.

4.      Any party opposing the preliminary objections shall file with the Prothonotary an

original and one copy of a brief of argument, proposed order and proof that such documents were

Received County of Berks Prothonotary's Office on 09/13/2022 10:38 AM Prothonotary Docket No. 22-11757

served by first class mail upon counsel for all other parties and any unrepresented parties, no

longer than twenty (20) days after the date listed on the proof of service accompanying the brief

of the party which filed the preliminary objections.

5.      Argument on the preliminary objections shall be held in Courtroom _____ of the

Berks County Courthouse/Services Center on an argument court date next following the

expiration of twenty-four (24) days from the date of such filing.

6.      The party which filed the preliminary objections shall serve notice of the entry of

this order, along with copies of the signed order bearing the entry date, upon all counsel and any

unrepresented parties no later than two (2) business days after receiving a copy of the order.

BY THE COURT:

_____
                                                                                            J.

2

Received County of Berks Prothonotary's Office on 09/13/2022 10:38 AM Prothonotary Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA

JASON SCOTT JORDAN,

                Plaintiff,

    v.

BENE MARKET, LLC, ALAN CHRISTOPHER
REDMOND, individually and d/b/a "The Lead
House," and STEPHANIE MILLER,
                Defendants.

CIVIL ACTION No. 22-11757

### <u>CERTIFICATE OF SERVICE</u>

I, Eric E. Reed, hereby certify that on September 12, 2022, a true and correct copy of the foregoing Proposed Order was filed with the court using the electronic filing system, which will provide notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

**FOX ROTHSCHILD, LLP**

Eric E. Reed, Esquire
Stephanie Ohnona, Esquire
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2000
(215) 299-2150 (facsimile)

*Attorneys for Defendant,*
*Alan Christopher Redmond*

Dated:  September 13, 2022