Jason Scott Jordan

           vs.

Bene Market, LLC, Alan Christopher
Redmond, individually and d/b/a "The
Lead House," and Stephanie Miller

:    IN THE COURT OF COMMON PLEAS
:    OF BERKS COUNTY, PENNSYLVANIA
:
:    CIVIL ACTION
:
:
:
:
:    CASE NO.: 22-11757

## PRAECIPE FOR ARGUMENT

**To the Prothonotary:**

(1) Argument date requested is ___October 17, 2022___
    ☐ by agreement of all parties and the assigned judge under B.R.C.P. 211.2(c)(1)

(2) The matter to be argued is ___Preliminary Objections___

(3) The party who has the burden is ___Defendants___

(4) The matter should be argued before:

    ☐ a panel of judges under B.R.C.P. 211 (a)

    ☒ a single judge under B.R.C.P. 211 (b)

(5) The following named judge ☒ should ☐ should not hear the case for the following

    reasons: ___Judge Sprecher has the case___

(6) Case will be argued for Plaintiff by ___Joel Ready, Esquire___

    Case will be argued for Defendant by ___Eric Reed, Esquire___

    Case will be argued for Additional Defendant by _____

                    /s/ Eric E. Reed
                    Attorney for Defendants

*Rev. 07/2015*

Received County of Berks Prothonotary's Office on 09/22/2022 4:35 PM Prothonotary Docket No. 22-11757

## CERTIFICATE OF SERVICE

I, Eric E. Reed, hereby certify that on September 22, 2022, a true and correct copy of the

foregoing Praecipe for Argument was filed with the court using the electronic filing system,

which will provide notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

/s/ Eric E. Reed
Eric E. Reed, Esquire
*Attorney for Defendants*

Dated:  September 22, 2022

Received County of Berks Prothonotary's Office on 09/22/2022 4:35 PM Prothonotary Docket No. 22-11757