IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

| | |
|---|---|
| JASON SCOTT JORDAN,<br>                              Plaintiff,<br><br>                    v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and d/b/a "The Lead House," and STEPHANIE MILLER,<br>                              Defendants. | CIVIL ACTION No. 22-11757 |

**<u>ORDER</u>**

AND NOW, this 4th day of October, 2022, preliminary objections endorsed with a notice to plead having been filed in this matter and served on August 29, 2022 it is hereby ordered that:

1.     Any party wishing to oppose the preliminary objections shall file with the Prothonotary an original and one copy of the answer to the preliminary objections and proof that the answer to the preliminary objections has been served by first class mail upon counsel for all other parties and any unrepresented parties no later than October 18, 2022.

2.     Depositions and/or any other discovery required for determination of the preliminary objections shall be completed by _____ N/A _____.

3.     An original and one copy of a brief of argument and proposed order granting the relief requested, along with proof that such documents were served by first class mail upon counsel for all other parties and any unrepresented parties, was filed with the Prothonotary on August 29, 2022.

4.     Any party opposing the preliminary objections shall file with the Prothonotary an original and one copy of a brief of argument, proposed order and proof that such documents were served by first class mail upon counsel for all other parties and any unrepresented parties, no later than October 18, 2022.

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

5.     Argument on the preliminary objections shall be held in Courtroom 9 of the Berks County Courthouse/Services Center on November 7, 2022.

6.     The party which filed the preliminary objections shall serve notice of the entry of this order, along with copies of the signed order bearing the entry date, upon all counsel and any unrepresented parties no later than two (2) business days after receiving a copy of the order.

BY THE COURT:

_____
                                                     J.

2

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
OF BERKS COUNTY, PA

JASON SCOTT JORDAN,

                    Plaintiff,

          v.

BENE MARKET, LLC, ALAN CHRISTOPHER
REDMOND, individually and d/b/a "The Lead
House," and STEPHANIE MILLER,

                    Defendants.

CIVIL ACTION No. 22-11757

## CERTIFICATE OF SERVICE

I, Eric E. Reed, hereby certify that on October 4, 2022, a true and correct copy of the

foregoing Order was filed with the court using the electronic filing system, which will provide

notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

_____
Eric E. Reed, Esquire

*Attorneys for Defendants*

Dated:  October 4, 2022