Received County of Berks Prothonotary's Office on 10/04/2022 3:39 PM Prothonotary Docket No. 22-11757

Jason Scott Jordan

vs.

Bene Market, LLC, Alan Christopher
Redmond, individually and d/b/a "The
Lead House," and Stephanie Miller

IN THE COURT OF COMMON PLEAS
OF BERKS COUNTY, PENNSYLVANIA

CIVIL ACTION

CASE NO.:  22-11757

## PRAECIPE FOR ARGUMENT

**To the Prothonotary:**

(1) Argument date requested is ____November 7, 2022 at 11:00 a.m._____
    ☐ by agreement of all parties and the assigned judge under B.R.C.P. 211.2(c)(1)

(2) The matter to be argued is ____Preliminary Objections_____

_____

(3) The party who has the burden is _____Defendants_____

(4) The matter should be argued before:

    ☐ a panel of judges under B.R.C.P. 211 (a)

    ☒ a single judge under B.R.C.P. 211 (b)

(5) The following named judge ☒ should ☐ should not hear the case for the following

    reasons: ____Judge Sprecher has the case_____

_____

_____

(6) Case will be argued for Plaintiff by ____Joel Ready, Esquire_____

    Case will be argued for Defendant by __Eric Reed, Esquire_____

    Case will be argued for Additional Defendant by _____

                          /s/ Eric E. Reed_____
                          Attorney for

*Rev. 07/2015*

Received County of Berks Prothonotary's Office on 10/04/2022 3:39 PM Prothonotary Docket No. 22-11757

## CERTIFICATE OF SERVICE

I, Eric E. Reed, hereby certify that on October 4, 2022, a true and correct copy of the

foregoing Order was filed with the court using the electronic filing system, which will provide

notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

Eric E. Reed, Esquire

*Attorneys for Defendants*

Dated:  October 4, 2022