**Docket # 22-11757**

**Plaintiff Attorney(s): =E= Joel Ready  6109267875 321966**

**Defendant Attorney(s): =E=Eric Reed  2152992000 204692**

**Defendant Attorney(s): =E=Norman Valz  2157562424 61338**

Received County of Berks Prothonotary's Office on 10/07/2022 8:46 AM Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA

JASON SCOTT JORDAN,
                              Plaintiff,

                    v.

BENE MARKET, LLC, ALAN CHRISTOPHER
REDMOND, individually and d/b/a "The Lead
House," and STEPHANIE MILLER,
                              Defendants.

CIVIL ACTION No. 22-11757

## ORDER

AND NOW, this 4th day of October, 2022, preliminary objections endorsed with a notice

to plead having been filed in this matter and served on August 29, 2022 it is hereby ordered that:

1.      Any party wishing to oppose the preliminary objections shall file with the

Prothonotary an original and one copy of the answer to the preliminary objections and proof that

the answer to the preliminary objections has been served by first class mail upon counsel for all

other parties and any unrepresented parties no later than October 18, 2022.

2.      Depositions and/or any other discovery required for determination of the

preliminary objections shall be completed by _____ N/A _____.

3.      An original and one copy of a brief of argument and proposed order granting the

relief requested, along with proof that such documents were served by first class mail upon

counsel for all other parties and any unrepresented parties, was filed with the Prothonotary on

August 29, 2022.

4.      Any party opposing the preliminary objections shall file with the Prothonotary an

original and one copy of a brief of argument, proposed order and proof that such documents were

served by first class mail upon counsel for all other parties and any unrepresented parties, no

later than October 18, 2022.

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 10/07/2022 8:46 AM Docket No. 22-11757

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

5.      Argument on the preliminary objections shall be held in Courtroom 9 of the Berks County Courthouse/Services Center on November 7, 2022.

6.      The party which filed the preliminary objections shall serve notice of the entry of this order, along with copies of the signed order bearing the entry date, upon all counsel and any unrepresented parties no later than two (2) business days after receiving a copy of the order.

BY THE COURT:

_____ J.

2

Received County of Berks Prothonotary's Office on 10/07/2022 8:46 AM Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
OF BERKS COUNTY, PA

JASON SCOTT JORDAN,
                            Plaintiff,

        v.

BENE MARKET, LLC, ALAN CHRISTOPHER
REDMOND, individually and d/b/a "The Lead
House," and STEPHANIE MILLER,
                            Defendants.

CIVIL ACTION No. 22-11757

## CERTIFICATE OF SERVICE

I, Eric E. Reed, hereby certify that on October 4, 2022, a true and correct copy of the

foregoing Order was filed with the court using the electronic filing system, which will provide

notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510
*Counsel for Plaintiff*

_____
Eric E. Reed, Esquire

*Attorneys for Defendants*

Dated:  October 4, 2022

Received County of Berks Prothonotary's Office on 10/04/2022 3:38 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 10/07/2022 8:46 AM Docket No. 22-11757

# Notice of Language Rights

Language Access Coordinator
Berks County Services Center, 633 Court Street, 4th Floor, Reading, PA 19601
610-478-6208 x5712
Interpreter@countyofberks.com

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi /پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فرائم کیتیاں دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

Received County of Berks Prothonotary's Office on 10/07/2022 8:46 AM Docket No. 22-11757