**Received County of Berks Prothonotary's Office on 01/13/2023 2:22 PM Prothonotary Docket No. 22-11757**

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br><br>BENE MARKET, LLC, et al.,<br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL-ACTION<br><br>Docket No.: 22-11757<br><br>JURY TRIAL DEMANDED |

### <u>STIPULATION</u>

AND NOW, this _____ day of January, 2023, the parties have stipulated and agreed as follows: (1) Stephanie Miller is dismissed as a party defendant without prejudice; (2) Stephanie Miller agrees to testify, if called by any party, by deposition and at trial without any requirement for service of a subpoena; (3) Defendants' Preliminary Objections to the Complaint are withdrawn; and (4) Defendants must plead over to the Complaint within 20 days of this Stipulation.

SO ORDERED.

BY THE COURT:


By: _____
Hon. Jeffrey K. Sprecher, *J.*

By:　/s/ Joel A. Ready
Joel A. Ready, Esquire (ID No. 321966)
Cornerstone Law Firm, LLC
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875
*Counsel for Plaintiff*


By:　/s/ Eric E. Reed
Eric E. Reed, Esquire (ID No. 204692)
Stephanie Ohnona, Esquire (ID No. 328939)
Fox Rothschild, LLP
200 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000
*Counsel for Defendants*

1