Received County of Berks Prothonotary's Office on 04/19/2023 12:10 PM Prothonotary Docket No. 22-11757

| | |
|---|---|
| JASON SCOTT JORDAN,<br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC and ALAN<br>CHRISTOPHER REDMOND,<br>Defendants. | IN THE COURT OF COMMON PLEAS OF<br>BERKS COUNTY, PENNSYLVANIA<br><br>No. 22-11757<br><br>CIVIL ACTION |

## NOTICE TO ATTEND AND TO PRODUCE

TO: Alan Christopher Redmond
c/o Eric E. Reed, Esquire and Stephanie Ohnona, Esquire
Fox Rothschild, LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

c/o Norman M. Valz, Esquire
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026

PLEASE TAKE NOTICE, pursuant to Pa. R.C.P. 234.3, 234.7, and 234.8:

1.      You are directed to come to Courtroom 9, Berks County Courthouse, 633 Court Street, Reading, Berks County, Pennsylvania, beginning on April 21, 2023 at 10:00 A.M. to testify on behalf of Plaintiff in the above case, and to remain until excused.

2.      And bring with you the following: Any and all documents that pertain to, or tend to prove or disprove: Defendants' allegation that Defendant Bene Market, LLC no longer operates in course of business, is effectively wound down, and no longer generates revenue; Defendants' allegation that Defendant Bene Market, LLC lacks resources or revenue to pay for a receiver; the assets of Bene Market, LLC; the salary and perquisites of Defendant Alan Christopher Redmond; the equity, indebtedness, and revenue-to-equity of Defendant Bene Market, LLC, and the purposes for which that indebtedness was acquired; personal expenses of Defendant Alan Christopher Redmond characterized as business expenses or routed through Defendant Bene Market, LLC; and the operation of Defendant Bene Market, LLC in all other respects.

3.      If you fail to attend or to produce the documents or things requested by this Notice, you may be subject to the sanctions authorized by Rule 234.5 of the Pennsylvania Rules of Civil Procedure.

Date:   <u>April 19, 2023</u>     By:     <u>*/s/ Dominic Mayle*</u>
                                        Dominic Mayle, Esquire
                                        8500 Allentown Pike, Suite 3
                                        Blandon, PA 19510
                                        (610) 926-7875
                                        *Counsel for Plaintiff*

**Received County of Berks Prothonotary's Office on 04/19/2023 12:10 PM Prothonotary Docket No. 22-11757**

Received County of Berks Prothonotary's Office on 04/19/2023 12:10 PM Prothonotary Docket No. 22-11757

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esquire
Attorney I.D. #321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875
*Counsel for Plaintiff*

| | |
|---|---|
| JASON SCOTT JORDAN,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BENE MARKET, LLC and ALAN<br>CHRISTOPHER REDMOND,<br>　　　　　Defendants. | IN THE COURT OF COMMON PLEAS OF<br>BERKS COUNTY, PENNSYLVANIA<br><br>No. 22-11757<br><br>CIVIL ACTION |

## <u>CERTIFICATE OF SERVICE</u>

I, Maria K. Kreiser, certify that on Wednesday, April 19, 2023, I served true and correct copies of the within Notice to Attend and to Produce and this Certificate of Service via email to the addressees as listed below:

Norman M. Valz, Esq.
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA 19026
*nvalz@msn.com*

Eric E. Reed, Esq.
Fox Rothschild, LLP
2000 Market St., 20th Floor
Philadelphia, PA 19103
*ereed@foxrothschild.com*

**CORNERSTONE LAW FIRM, LLC**

Date:　April 19, 2023　　　　　By:　_____
　　　　　　　　　　　　　　　　　Maria K. Kreiser, Paralegal