Received County of Berks Prothonotary's Office on 05/15/2023 2:09 PM Prothonotary Docket No. 22-11757

IN THE COURT OF COMMON PLEAS
BERKS COUNTY, PENNSYLVANIA

JASON SCOTT JORDAN,

v.

BENE MARKET, LLC, and ALAN
CHRISTOPHER REDMOND, individually and
d/b/a "The Lead House"

CIVIL ACTION No. 22-11757

## AFFIDAVIT OF JOHN SARDELLA

COMMONWEALTH OF PENNSYLVANIA   :
                                                          :
COUNTY OF PHILADELPHIA          :

The undersigned, being first duly sworn according to law, upon oath deposed and did state as follows:

1.     My name is John Sardella and I am over eighteen years of age.  I am competent to testify, and have personal knowledge of the facts contained in this affidavit and same are all true and correct.

2.     I am a certified public accountant and a partner with the accounting firm of C. Malcolm Smith & Co., P.C. in West Lawn, Pennsylvania.

3.     In this role I performed certain accounting and related services for Bene Market, LLC.  These services included preparing payrolls based on rate, hours, salary, and related information provided by Bene Market, preparing tax returns for Bene Market, and reviewing the financial books of the company.

4.     As an outside accountant, I was not part of the business, but I became sufficiently familiar with the business operations to perform my tasks as an accountant.

145680747.1

Received County of Berks Prothonotary's Office on 05/15/2023 2:09 PM Prothonotary Docket No. 22-11757

5.      I know that Bene Market essentially ceased generating new business in 2020 and currently receives no revenue beyond small residual revenue from products sold while it operated. I know this because I have not prepared a payroll for Bene Market since the first quarter of 2022, and because the tax returns and books that I prepared also reflect that Bene Market has not sold products or received more than residual income since the last large deposit in October 2020 in the amount of $39,970.

John Sardella, CPA

SUBSCRIBED AND SWORN TO BEFORE ME on this /5 day of May, 2023, to which witness my hand and seal of office.

Commonwealth of Pennsylvania - Notary Seal
Linda L. Rudloff, Notary Public
Berks County
My commission expires April 16, 2024
Commission number 1142145
Member. Pennsylvania Association of Notaries

NOTARY PUBLIC

145680747.1