**Docket # 22-11757**

**Plaintiff Attorney(s): =E= Joel Ready  6109267875 321966**

**Defendant Attorney(s): =E=Eric Reed  2152992000 204692**

**Defendant Attorney(s): =E=Norman Valz  2157562424 61338**

Received County of Berks Prothonotary's Office on 06/08/2023 8:55 AM Docket No. 22-11757

Received County of Berks Prothonotary's Office on 02/09/2023 5:43 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/08/2023 8:55 AM Docket No. 22-11757

| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, et al.,<br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL-ACTION<br><br>Docket No.: 22-11757<br><br>JURY TRIAL DEMANDED |
|---|---|

## ORDER

AND NOW, this ___7___ day of the month of ___June___, 2023, upon consideration of Plaintiff's Petition for Appointment of a Temporary Receiver, and any response thereto, and after affording the parties the opportunity to be heard, such Petition is hereby GRANTED as follows:

(1) ___To be completed soon___ is appointed Temporary Receiver for Bene Market, LLC (the "Receiver") during the pendency of this litigation and not for the purpose of liquidation.

(2) The Receiver is authorized to continue, manage, and operate the business of Bene Market, LLC, until further order of this court, with full authority to carry on, manage and operate the business as may be deemed advisable by the Receiver.

(3) The Receiver is authorized to receive and collect any and all sums of money due or owing to Bene Market, LLC in any manner whatsoever, whether the same are now due or shall hereafter become due and payable; and that the Receiver is authorized to do such things and enter into such agreements in connection with the management, care, and preservation of the properties of Bene Market, LLC as Receiver may deem advisable, and is authorized to incur such expenses and make such disbursements as may in the Receiver's judgment be advisable or necessary in connection with the care, preservation, and maintenance of the said properties.

(4) Alan Christopher Redmond and any persons acting under his direction are enjoined from in any way disturbing the actions of the Receiver.

(5) The Receiver's fees shall be paid by Bene Market, LLC, subject to any subsequent court order concerning the obligation of one or more of the parties.

(6) The Receiver is authorized, in the Receiver's discretion, to employ such managers, agents, employees, servants, accountants, valuation consultants, appraisers and attorneys as may be advisable or necessary in the management, conduct, control, or custody of the affairs of Bene Market, LLC, and its assets and business. Bene Market, LLC shall be responsible for payment of

all such amounts to such persons and Receiver is authorized to require Bene Market, LLC to make such payments and disbursements to all such persons.

(7) The Receiver is directed to give notice to Plaintiff and Defendants of actions the Receiver takes on behalf of and in operation of the business entities.

(8) The Receiver and his employees are entitled to rely on all orders of this Court and all outstanding rules of law and shall not be liable to any person for the Receiver's good faith compliance with any order, rule, law, judgment or decree. In no event will the Receiver be liable to anyone for good faith compliance with the Receiver's duties and responsibilities, nor will the Receiver or the Receiver's employees or advisors be liable to anyone for any actions taken or omitted by them except upon a finding by this Court that they acted or failed to act as a result of malfeasance, bad faith, gross negligence, or reckless disregard of their duties.

(9) Except for the instant case, the Receiver is authorized to institute, prosecute, and defend, compromise, adjust, intervene in, or become party to, such actions or proceedings in the State and federal courts as may in the Receiver's judgment be necessary or proper for the protection, maintenance, and preservation of the assets of Bene Market, LLC or the carrying out of the terms of this order, and likewise to defend, compromise, or adjust or otherwise dispose of any or all actions or proceedings instituted against the Receiver or against Bene Market, LLC and also to appear in and conduct the defense of any suit or adjust or compromise any actions or proceedings now pending in any court by or against Bene Market, LLC where such prosecution, defense, or other disposition of such actions or proceedings will, in the judgment of the Receiver, be advisable or proper for the protection of the properties of Bene Market, LLC.

(10) The Receiver will not permit Bene Market, LLC to incur any additional debt without the Receiver's express, written authorization.

**IT IS FURTHER ORDERED** that the Receiver must cause Bene Market, LLC to fully, fairly, and truthfully cooperate in all discovery requests in this litigation.

**IT IS FURTHER ORDERED** that the Receiver investigate any suspicious transactions where Bene Market, LLC did not receive a reasonably equivalent value in exchange for the transfer or obligation, and whether any expenses are actually personal expenses of Alan Christopher Redmond.

**IT IS FURTHER ORDERED** that the Receiver investigate, and within 90 days prepare a report for this Court and counsel for the parties, on all indebtedness of Bene Market, LLC,

Received County of Berks Prothonotary's Office on 02/09/2023 5:43 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/08/2023 8:55 AM Docket No. 22-11757

2

including whether any of its creditors are insiders and if the transactions are intended to defraud

Jason Jordan as a judgment creditor of Alan Christopher Redmond.


BY THE COURT:

By: _____

Hon. Jeffrey K. Sprecher, J.

Received County of Berks Prothonotary's Office on 02/09/2023 5:43 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/08/2023 8:55 AM Docket No. 22-11757

# Notice of Language Rights

Language Access Coordinator
Berks County Services Center, 633 Court Street, 4th Floor, Reading, PA 19601
610-478-6208 x5712
Interpreter@countyofberks.com

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईँको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi /پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے أوتے فرابم کیتیاں دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

Received County of Berks Prothonotary's Office on 06/08/2023 8:55 AM Docket No. 22-11757