## Request for Transcript or Copy

_____Berks_____ County

Pursuant to Pa.R.J.A. 4007(A), this form must be completed by any person requesting a transcript for any court proceeding. Additional requirements may be found in the local rules of court for each judicial district. Local rules may be found by following the appropriate link at: http://www.pacourts.us/courts/courts-of-common-pleas/

If the cost of the transcript presents an economic hardship, there are reduced rates available to those who qualify. See Pa.R.J.A. 4007(E). Copies of this request must be served in accordance with Pa.R.J.A. 4007(B). A deposit determined by local rule may be required.

### I. Case Information

Case Caption:
Jason Scott Jordan v. Bene Market, LLC, et al.

Docket Number:
22-11757

Presiding Judge:
Hon. Jeffrey K. Sprecher

Date(s) of Proceeding:
May 17, 2023

Court Reporter Name (if available):
Vicky Smith

Case Type (check the appropriate box): ☐Criminal ☑Civil ☐Family ☐Orphans' Court ☐Juvenile

Type of Proceeding: ☐Suppression ☐Argument ☐Trial ☐Plea ☐Sentence

or "Other" (please specify): Hearing on motion to appoint receiver

PCRA ☐Yes ☑No

Is the Transcript Associated with an Appeal? ☑Yes ☐No          Children's Fast Track: ☐Yes ☑No

### II. Requestor Information

Name of Requestor/Attorney ID Number (if applicable): Eric E. Reed / 204692

I am: ☑Counsel for Bene Market, LLP and Alan C. Redmond          ☐Unrepresented ☐Not a party to this action

Agency/Firm: Fox Rothschild LLP          Court Represented: ☐Yes ☐No

Street Address: 2000 Market Street, 20th Floor   City: Philadelphia   State: PA   Zip: 19103

Email: ereed@foxrothschild.com   Phone: 215.299.2741   Fax: 215.299.2150

_Does this request qualify for a reduced rate pursuant to Pa.R.J.A. 4007(E)?_ ☐Yes ☑No

_If Yes, please provide proof of authorization for a reduced rate or an affidavit required by Pa.R.J.A. 4008(B)(4) requesting a waiver of all or a portion of the costs._

### III. Transcript Items Requested

☑Entire proceeding ☐Jury Voir Dire ☐Opening statements ☐Closing arguments ☐Jury Instructions

☐Testimony (specify each witness):

☐Pre/Post trial hearing (specify):

☐Other (specify):

Request for Transcript or Copy, AOPC 7/25/18

Proposed Transcription Order 22-11757
**Berks County Prothonotary Office**



*5602973 R*   6/16/2023  2:10 PM

1

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:52 PM  Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM  Prothonotary Docket No. 22-11757

### IV. Transcript Delivery and Cost

For the original transcript request, please select from the following:

| Delivery Time: | ☐ Ordinary | ☑ Expedited | ☐ Daily | ☐ Same Day | |
|---|---|---|---|---|---|
| Original Transcript: | +$2.50 | +$3.50 | +$4.50 | +$6.50 | (cost per page) |
| Copy for Requestor: ☐ Yes ☐ No | +$0.50 | +$0.75 | +$1.00 | +$1.25 | (cost per page) |

Note: Expedited, Daily, and Same Day Requests are only available where provided by the judicial district or court reporter. Costs payable by requestor shall not exceed the rates prescribed in Pa.R.J.A. 4008(A)(1) and (D)(1).

Requesting Governmental Agency Rate (if applicable): ☐ Yes ☐ No

Manner of Delivery: ☑ Electronic (PDF) Format ☐ Hard copy (add $0.25 per page to page rates)

Other (if offered, extra charges may apply): ☐ Complex Litigation ☐ Real Time Feed

Special Requests (if offered): ☐ Minuscript/Condensed ☐ ASCII ☐ Include Word Index ☐ Other

If Other, please specify: _____

Are you requesting a photocopy of an existing transcript? ☐ Yes ☑ No (For photocopy rates, please see Pa.R.J.A 4008(D))

Requestor's Signature _____    Date: 6/13/23

Note:  The first requestor of a transcript is obligated to pay for the original transcript, which is filed with the court, plus the copy rate if the requestor desires a personal copy (subject to any cost sharing with additional parties).

## COURT ORDER FOR AUTHORIZATION

_____, 20_____, the Court authorizes the court reporter to transcribe the above-mentioned proceedings as ordered by the requesting party upon receipt by the appropriate Clerk of Court of one-half payment (if applicable) as indicated below.

BY THE COURT:

_____

**Judge**

Request for Transcript or Copy, AOPC 7/25/18

2



## *For Court Use Only*

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM  Prothonotary Docket No. 22-11757

| Date of Request: | Docket Number: |
|---|---|

| Case Caption: |
|---|

| Name of Requestor: |
|---|

Email:_____ Phone:_____ Fax: _____
Are the costs waived or reduced? ☐ Yes ☐ No

Date Deposit Received: _____ Deposit Check/M.O. Number: _____

Date Transcript Assigned: _____ Transcript to be Prepared By: _____

Transcript Due Date: _____ Date Transcript Completed: _____

Date Balance Received: _____ Balance Check/M.O. Number:_____

Date Transcript Sent to Requesting Parties: _____

| Ordinary, County Paid | $ | X | pages | =$ | Estimated Cost | $ |
|---|---|---|---|---|---|---|
| Ordinary, Private Paid | $ | X | pages | =$ | Less Deposit | -$ 115 |
| Expedited | $ | X | pages | =$ | Balance Due | $ |
| Daily | $ | X | pages | =$ | Adjusted Cost (+/-) | =$ |
| Same Day | $ | X | pages | =$ | Final Page Total | |
| +Hard Copy | $0.25 | X | pages | =$ | Final Balance | $ |
| +Requestor Copy | $ | X | pages | =$ | | |
| +Additional Charges | $ | X | pages | =$ | | |

Is the cost of the transcript being shared between parties? ☐ Yes ☐ No

Photocopy of Existing Transcript: ☐ Yes ☐ No

| *Notes:* |
|---|
| |

Request for Transcript or Copy, AOPC 7/25/18

3

**Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM  Prothonotary Docket No. 22-11757**

BERKS COUNTY

Prothonotary Office

6/16/2023 2:09:40 PM PTCLARRA
#187397

| | |
|---|---|
| ***Docket Number: 22-11757 Complaint** | |
| Proposed Transcription Order | 115.00 |
| Total: | 115.00 |
| Check | 115.00 |
| Total Payments: | 115.00 |
| Change Due: | 0.00 |