**Docket # 22-11757**

**Plaintiff Attorney(s): =E= Joel Ready  6109267875 321966**

**Defendant Attorney(s): =E=Eric Reed  2152992000 204692**

**Defendant Attorney(s): =E=Norman Valz  2157562424 61338**

Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757

Request for Transcript or Copy

**Berks** _____ County

Pursuant to Pa.R.J.A. 4007(A), this form must be completed by any person requesting a transcript for any court proceeding. Additional requirements may be found in the local rules of court for each judicial district. Local rules may be found by following the appropriate link at: http://www.pacourts.us/courts/courts-of-common-pleas/

If the cost of the transcript presents an economic hardship, there are reduced rates available to those who qualify. See Pa.R.J.A. 4007(E). Copies of this request must be served in accordance with Pa.R.J.A. 4007(B). A deposit determined by local rule may be required.

### I. Case Information

| | |
|---|---|
| Case Caption: Jason Scott Jordan v. Bene Market, LLC, et al. | Docket Number: 22-11757 |

Presiding Judge:
Hon. Jeffrey K. Sprecher

Date(s) of Proceeding:
May 17, 2023

Court Reporter Name (if available):
Vicky Smith

Case Type (check the appropriate box): ☐Criminal ☑Civil ☐Family ☐Orphans' Court ☐Juvenile

Type of Proceeding: ☐Suppression ☐Argument ☐Trial ☐Plea ☐Sentence

or "Other" (please specify): Hearing on motion to appoint receiver

PCRA ☐Yes ☑No

Is the Transcript Associated with an Appeal? ☑Yes ☐No          Children's Fast Track: ☐Yes ☑No

### II. Requestor Information

Name of Requestor/Attorney ID Number (if applicable): Eric E. Reed / 204692

I am: ☑Counsel for Bene Market, LLP and Alan C. Redmond    ☐Unrepresented ☐Not a party to this action
Agency/Firm: Fox Rothschild LLP          Court Represented: ☐Yes ☐No

Street Address: 2000 Market Street, 20th Floor    City: Philadelphia    State: PA    Zip: 19103

Email: ereed@foxrothschild.com    Phone: 215.299.2741    Fax: 215.299.2150

Does this request qualify for a reduced rate pursuant to Pa.R.J.A. 4007(E)? ☐Yes ☑No

If Yes, please provide proof of authorization for a reduced rate or an affidavit required by Pa.R.J.A. 4008(B)(4) requesting a waiver of all or a portion of the costs.

### III. Transcript Items Requested

☑Entire proceeding  ☐Jury Voir Dire  ☐Opening statements  ☐Closing arguments  ☐Jury Instructions

☐Testimony (specify each witness):

☐Pre/Post trial hearing (specify):

☐Other (specify):

Request for Transcript or Copy, AOPC 7/25/18



Proposed Transcription Order 22-11757
**Berks County Prothonotary Office**

*5602973 R*    6/16/2023   2:10 PM

1

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:52 PM  Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757

**Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM Prothonotary Docket No. 22-11757**

## IV. Transcript Delivery and Cost

For the original transcript request, please select from the following:

| Delivery Time: | ☐ Ordinary | ☑ Expedited | ☐ Daily | ☐ Same Day | |
|---|---|---|---|---|---|
| Original Transcript: | +$2.50 | +$3.50 | +$4.50 | +$6.50 | (cost per page) |
| Copy for Requestor: ☐Yes ☐No | +$0.50 | +$0.75 | +$1.00 | +$1.25 | (cost per page) |

Note: Expedited, Daily, and Same Day Requests are only available where provided by the judicial district or court reporter. Costs payable by requestor shall not exceed the rates prescribed in Pa.R.J.A. 4008(A)(1) and (D)(1).

Requesting Governmental Agency Rate (if applicable): ☐Yes ☐No

Manner of Delivery: ☑Electronic (PDF) Format ☐Hard copy (add $0.25 per page to page rates)

Other (if offered, extra charges may apply): ☐Complex Litigation ☐Real Time Feed

Special Requests (if offered): ☐Minuscript/Condensed ☐ASCII ☐Include Word Index ☐Other
If Other, please specify: _____

Are you requesting a photocopy of an existing transcript? ☐Yes ☑No (For photocopy rates, please see Pa.R.J.A 4008(D))

Requestor's Signature _____   Date: 6/13/23

Note: The first requestor of a transcript is obligated to pay for the original transcript, which is filed with the court, plus the copy rate if the requestor desires a personal copy (subject to any cost sharing with additional parties).

## COURT ORDER FOR AUTHORIZATION

_____June 21_____, 20_23_, the Court authorizes the court reporter to transcribe the above-mentioned proceedings as ordered by the requesting party upon receipt by the appropriate Clerk of Court of one-half payment (if applicable) as indicated below.

BY THE COURT:

_____
J. Benjamin Nevius, **Judge**

2

**Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757**



## For Court Use Only

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757

Date of Request: _____    Docket Number: _____

Case Caption: _____

Name of Requestor: _____

Email:_____ Phone:_____ Fax: _____

Are the costs waived or reduced? ☐ Yes ☐ No

---

Date Deposit Received: _____ Deposit Check/M.O. Number: _____

Date Transcript Assigned: _____ Transcript to be Prepared By: _____

Transcript Due Date: _____ Date Transcript Completed: _____

Date Balance Received: _____ Balance Check/M.O. Number:_____

Date Transcript Sent to Requesting Parties: _____

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Ordinary, County Paid | $ | X | pages | =$ | Estimated Cost | $ |
| Ordinary, Private Paid | $ | X | pages | =$ | Less Deposit | -$ 115 |
| Expedited | $ | X | pages | =$ | Balance Due | $ |
| Daily | $ | X | pages | =$ | Adjusted Cost (+/-) | =$ |
| Same Day | $ | X | pages | =$ | Final Page Total | |
| +Hard Copy | $0.25 | X | pages | =$ | Final Balance | $ |
| +Requestor Copy | $ | X | pages | =$ | | |
| +Additional Charges | $ | X | pages | =$ | | |

Is the cost of the transcript being shared between parties? ☐ Yes ☐ No

Photocopy of Existing Transcript: ☐ Yes ☐ No

---

*Notes:*

---

Request for Transcript or Copy, AOPC 7/25/18

3

BERKS COUNTY

Prothonotary Office

6/16/2023 2:09:40 PM PTCLARRA
#187397

| Docket Number: 22-11757 Complaint | |
|---|---|
| Proposed Transcription Order | 115.00 |
| Total: | 115.00 |
| Check | 115.00 |
| Total Payments: | 115.00 |
| Change Due: | 0.00 |

Received County of Berks Prothonotary's Office on 6/16/2023 2:10:53 PM  Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757

# Notice of Language Rights

Language Access Coordinator
Berks County Services Center, 633 Court Street, 4th Floor, Reading, PA 19601
610-478-6208 x5712
Interpreter@countyofberks.com

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فراہم کیتیاں رابطے دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

Received County of Berks Prothonotary's Office on 06/22/2023 9:38 AM Docket No. 22-11757