**Received County of Berks Prothonotary's Office on 7/14/2023 3:27:30 PM  Prothonotary Docket No. 22-11757**



**Fox Rothschild** LLP
ATTORNEYS AT LAW

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Tel 215.299.2000  Fax 215.299.2150
www.foxrothschild.com

ERIC E. REED
Direct Dial: 215-299-2147
Email Address: EReed@FoxRothschild.com

July 12, 2023

Prothonotary's Office
Berks County Courthouse
2nd Floor
633 Court Street
Reading, PA  19601

> **Re:    Jason Scott Jordan v. Bene Market, LLC, et al.**
> **Docket No.:  22-11757**

To the Prothonotary:

Attached is a copy of a request for transcript that I submitted on June 13, 2023.  I received a call from Vicky Smith stating that the transcript was ready.  The total for the transcript is $227.50 and I forwarded $115.00 on June 13.  We would need to send the rest of the payment in order to get the transcript.  Enclosed is my firm's check in the amount of $112.50.  Ms. Smith advised that when the court received the payment, she would forward the transcript.

Thank you.

Very truly yours,

Eric E. Reed

ER/gg
Enclosures

Transcription Fee 22-11757
**Berks County Prothonotary Office**

*5618428 R*      7/14/2023   3:26 PM

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Nevada
New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Virginia    Washington

147262927.1

BERKS COUNTY

Prothonotary Office

7/14/2023 3:26:31 PM PTCLARRA
#188473

***Docket Number: 22-11757 Complaint
   Transcription Fee                    112.50

Total:                                  112.50

   Check                                112.50
Total Payments:                         112.50

Change Due:                               0.00

Received County of Berks Prothonotary's Office on 7/14/2023 3:27:31 PM  Prothonotary Docket No. 22-11757