Received County of Berks Prothonotary's Office on 08/17/2023 10:33 AM Prothonotary Docket No. 22-11757

FOX ROTHSCHILD LLP
BY:  Eric E. Reed, Esquire (Pa. No. 204692)
Stephanie Ohnona, Esquire (Pa. No. 328939)
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2000

Attorneys for Defendants
Bene Market LLC and Alan
Christopher Redmond

Norman M. Valz, Esquire (Pa. No. 61338)
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA  19026
(215) 756-2424
nvalz@msn.com

IN THE COURT OF COMMON PLEAS
OF BERKS COUNTY, PA

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>     Plaintiff,<br><br>  v.<br><br>BENE MARKET, LLC and ALAN<br>CHRISTOPHER REDMOND,<br><br>     Defendants. | CIVIL ACTION No. 22-11757 |

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearances of Eric E. Reed and Stephanie Ohnona on behalf of the

Defendants in the above captioned matter.  Attorney Norman Valz will continue as counsel for

the Defendants.

_____
Eric E. Reed, Esquire
Fox Rothschild, LLP
Email:  Ereed@foxrothschild.com
*Attorneys for Defendants*

Dated:  August 17, 2023

Received County of Berks Prothonotary's Office on 08/17/2023 10:33 AM Prothonotary Docket No. 22-11757

**CERTIFICATE OF SERVICE**

I, Eric E. Reed, hereby certify that on August 17, 2023, a true and correct copy of the

foregoing Notice of Withdrawal was filed with the court using the electronic filing system,

which will provide notice and a copy to the following:

Joel A. Ready, Esquire
CORNERSTONE LAW FIRM, LLC
8500 Allentown Pike, Suite 3
Blandon, PA  19510

Norman M. Valz, Esquire
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA  19026

Eric E. Reed, Esquire

Dated:  August 17, 2023