**Docket # 22-11757**

**Plaintiff Attorney(s): =E= Joel Ready  6109267875 321966**

**Defendant Attorney(s): =E=Norman Valz  2157562424 61338**

**Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757**

JASON SCOTT JORDAN,              :     IN THE COURT OF COMMON PLEAS
             Plaintiff     :     OF BERKS COUNTY, PENNSYLVANIA
                                :     CIVIL ACTION – LAW
        v.                    :     NO. 22-11757
                                :
BENE MARKET JLLC, ALAN        :
CHRISTOPHER REDMOND, individually, :
d/b/a THE LEAD HOUSE and       :
STEPHANIE MILLER,            :
           Defendants    :     ASSIGNED TO: JAMES E. GAVIN, J.

## INITIAL PRE-TRIAL CONFERENCE ORDER

AND NOW, this 8th day of December, 2023, following the assignment of this action to the undersigned, it is hereby ORDERED and DECREED that:

1.     All pre-trial discovery in this matter, including written interrogatories, requests for production of documents and things, oral depositions, records, subpoenas upon non-parties, requests for entry upon property for inspection and other activities, physical and mental examinations, evaluations of earning capacity, and requests for admission, shall be completed by April 12, 2024.

2.     All discovery motions in this matter shall be presented to the undersigned rather than the Discovery Master. Prior to filing any discovery motion, the movant or movant's counsel shall contact the opposing party or counsel to advise them of the intention to file such a motion and to determine whether the opposing party or counsel concurs with or objects to the relief requested in the prospective discovery motion. Every discovery motion must be accompanied with a Certificate of Concurrence/Nonconcurrence indicating the date(s) on which the opposing party or counsel was contacted regarding the discovery motion, and certifying whether the opposing party or counsel opposes or concurs with the relief requested in the discovery motion. Any party opposing the requested discovery relief must file a written response within fourteen (14) days of the filing of the discovery motion. The originals of all

1

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

motions and briefs shall be filed with the Office of the Prothonotary, with courtesy copies being served upon the undersigned and the opposing party or counsel. Unless otherwise ordered by the court, all discovery motions will be decided based upon the parties' written submissions and without the necessity of oral argument.

3.     Pursuant to Pa. R.C.P. 4003.5(a)(1), the report and curriculum vitae of any person that the plaintiff expects to call as an expert witness at trial shall be produced by April 12, 2024;

4.     The report and curriculum vitae of any person that defendants expect to call as an expert witness at trial shall be produced by May 3, 2024 in accordance with Pa. R.C.P. 4003.5(a)(1);

5.     Pursuant to Pa. R.C.P. 4007.4(3), the supplemental or rebuttal report of any expert witness that a party expects to call at trial shall be produced by May 17, 2024;

6.     All case dispositive motions shall be filed by no later than May 31, 2024, and shall be accompanied by a supporting brief, with courtesy copies of the same being delivered to the undersigned and opposing counsel. Any party opposing such case dispositive motion(s) shall file an answer and brief in opposition to the motion(s) within twenty-one (21) days of the service of the case dispositive motion(s) and supporting brief(s). Unless otherwise ordered by the court, all case dispositive motions will be submitted for a decision based upon the parties' briefs and without the necessity of oral argument.

7.     A final pre-trial conference will be conducted before the undersigned on **July 12, 2024 at 10:30 a.m.** in the courtroom of the undersigned. Except for good cause shown, only those attorneys who attend the final pre-trial conference will be permitted to act as trial counsel.

8.     In accordance with Pa. R.C.P. 212.3(b), the designated representatives for the Plaintiff(s) and the Defendant(s), including duly authorized representatives of the primary and

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

excess liability insurers and/or statutorily created funds, shall attend the final pre-trial conference **in person** with authority to negotiate and settle the case. To ensure that settlement authority has been secured by the date of the pre-trial conference, the primary and excess liability insurers and/or statutorily created funds are directed to have the claim(s) at issue in this litigation fully investigated, evaluated and reviewed by all necessary representatives and settlement committees prior to the date of the pre-trial conference. The failure to do so may result in the imposition of sanctions.

9.      Prior to the date of the pre-trial conference, counsel for the parties must confer and engage in good faith efforts to settle the case in compliance with Pa. R.C.P. 212.3(c)(1), and it shall be the responsibility of counsel for Plaintiff to schedule such conference. The failure of a party or lawyer to participate in a settlement conference and to report the results of the same prior to the date of the pre-trial conference may result in the imposition of sanctions against the culpable party or lawyer. The parties should be prepared to discuss settlement at the time of the pre-trial conference. To facilitate settlement, no less than fourteen (14) days prior to the pre-trial conference, the Plaintiff shall submit a written demand to the Defendant(s). No less than seven (7) days prior to the pre-trial conference, the Defendant(s) shall respond in writing to the Plaintiff's demand.

Further, Counsel for the Defendant shall provide Counsel for the Plaintiff with a proposed release for review and comment no less that fourteen (14) days before the pre-trial conference. The proposed release shall include a blank space for the consideration.[1] Counsel for the Plaintiff shall provide the Counsel for the Defendant with all proposed revisions to the

---

[1] It is the express intent of the court to have all the terms of a release finalized between the parties, except for the amount of the consideration, prior to the pre-trial conference. In the event the case can be settled, the amount of the consideration will be added to the release, and it can be signed in court on the date of the pre-trial conference.

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

release no less than seven (7) days prior to the pre-trial conference. Counsel for the Defendant shall email a *Word* version of the proposed release to the Court's Judicial Assistant at jgombar@countyofberks.com no later than 5:00 p.m. the day before the pre-trial conference.

10. Any requests for special equipment, devices, personnel, or courtroom arrangements must be set forth in the parties' Pre-Trial Memorandum.

11. All motions *in limine* shall be filed by the parties at least twenty-eight (28) days prior to the pre-trial conference. Prior to filing any pre-trial motion, counsel shall contact the opposing party or counsel to advise them of the intention to file such a pre-trial motion and to determine whether the opposing party or counsel opposes the relief requested in the prospective motion. In that regard, every pre-trial motion shall be accompanied with a Certificate of Concurrence/Non-concurrence indicating the date(s) on which the opposing party or counsel was contacted regarding the motion and certifying whether the opposing party or counsel opposes or concurs with the relief requested in the motion. All briefs or memoranda of law in support of such motions *in limine* shall likewise be filed at least twenty-eight (28) days prior to the pre-trial conference. Any responsive briefs or memoranda of law in opposition to said pre-trial motions shall be filed at least fourteen (14) days prior to the pre-trial conference. All originals of the motions and briefs shall be filed with the Office of the Prothonotary with two copies being submitted to the undersigned's chambers. Counsel for the parties shall be prepared to argue all pre-trial motions at the time of the final pre-trial conference.

12. At least fourteen (14) days prior to final pre-trial conference, counsel for the parties shall exchange their proposed voir dire questions with opposing counsel who shall advise all counsel of any objections to the same within seven (7) days after service of the proposed voir dire questions. Counsel shall only provide their proposed voir dire inquiries to all counsel of

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

4

record, and shall not file the same with the Office of Prothonotary or forward the same to the undersigned. Only the parties' proposed voir dire questions which cannot be agreed upon by the parties, and their points for charge and special verdict interrogatories must be submitted in duplicate to the court at least one (1) week prior to trial, with the originals of the same being filed with the Office of the Prothonotary. Any requested jury instructions that are contained in the Pennsylvania Suggested Standard Civil Jury Instructions shall not be included in proposed points for charge. By no later than the first day of trial, each party shall file its written objection(s) to any points for charge and special verdict interrogatories that have been submitted by any other party in the case.

13.    At the conclusion of the final pre-trial conference, the case will be deemed trial ready and may be scheduled at any time thereafter. Counsel are directed to be able to inform the Court at the time of the final pre-trial conference of any times they are unavailable within the one-hundred twenty (120) days after the final pre-trial conference.

14.    At all times during these proceedings, the Court expects that counsel will fully comply with the *Pennsylvania Code of Civility* applicable to attorneys and the courts, and will ensure that their clients and witnesses will also be in full compliance.

*IN ENTERING THIS ORDER, THE COURT HAS DETERMINED THAT THE DIRECTIVES AND TIME DEADLINES CONTAINED HEREIN ARE REASONABLY NECESSARY TO ENSURE THE FAIR, EFFECTIVE, AND EFFICIENT ADMINISTRATION OF JUSTICE FOR ALL PARTIES. THE TIME WITHIN WHICH THE PARTIES MUST PERFORM WILL BE STRICTLY ENFORCED. ANY FAILURE TO COMPLY WITH THE DIRECTIVES AND TIME DEADLINES SET IN THIS ORDER WILL REQUIRE THE OFFENDING PARTY TO SHOW CAUSE AS TO WHY THE COURT SHOULD NOT IMPOSE ONE OR MORE OF THE SANCTIONS SET FORTH IN RULE 4019(c) OF THE PENNSYLVANIA RULES OF CIVIL PROCEDURE.*

*FURTHER, COUNSEL AND ANY UNREPRESENTED PARTIES ARE STRONGLY ENCOURAGED NOT TO CONTACT THE COURT, OR ANY MEMBER OF THE JUDGE'S STAFF, THROUGH LETTERS, EMAILS OR TELEPHONE CALLS EXCEPT IN EXTRAORDINARY OR EMERGENCY CIRCUMSTANCES. ANY LETTERS OR EMAILS*

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

RECEIVED BY THE COURT THAT COURT DEEMS ARE NEITHER EXTRAORDINARY
NOR AN EMERGENCY WILL BE DISCARDED BY THE COURT WITHOUT FURTHER
ACTION.

BY THE COURT:

_____
JAMES E. GAVIN, J.

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757

6

# Notice of Language Rights



Language Access Coordinator
Berks County Services Center, 633 Court Street, 4ᵗʰ Floor, Reading, PA 19601
610-478-6208 x5712
Interpreter@countyofberks.com

**English:** You have the right to an interpreter at no cost to you. To request an interpreter, please inform court staff using the contact information provided at the top of this notice.

**Spanish/Español:** Usted tiene derecho a un intérprete libre de costo. Para solicitar un intérprete favor de informárselo al personal judicial utilizando la información provista en la parte superior de este aviso.

**Mandarin/Cantonese Simplified Chinese/普通话/粤语简体中文:** 您有权获得免费的口译员服务。若需要口译员，请使用本通知上方提供的联系信息通知法院工作人员。

**Mandarin/Cantonese Traditional Chinese/普通話/廣東話繁體中文:** 您有權要求免費傳譯服務。如欲要求傳譯服務，請參閱本通知頂部的聯絡資料，通知法庭職員。

**Arabic/العربية :** يحق لك الحصول على مترجم دون دفع أي تكلفة من جانبك. لطلب مترجم، يُرجى إعلام موظفي المحكمة باستخدام معلومات الاتصال المقدمة في الجزء العلوي من هذا الإشعار.

**Russian/Русский:** У вас есть право на бесплатные услуги переводчика. Заявка на переводчика подается в суд по адресу, телефону или эл. почте, указанным выше в заголовке этого уведомления.

**Vietnamese/Tiếng Việt:** Quý vị có quyền được một thông dịch viên giúp mà không tốn chi phí nào cả, xin hãy báo cho nhân viên tòa án dùng thông tin liên lạc có ở trên đầu thông báo này.

**Nepali/नेपाली:** तपाईंको निःशुल्क रूपमा भाषा अनुवादक राख्न पाउने अधिकार छ। अनुवादकको लागि अनुरोध गर्न, यस सूचनाको माथि दिइएको सम्पर्क जानकारी भरेर अदालतका कर्मचारीहरूलाई जानकारी दिनुहोस्।

**Korean/한국어:** 귀하는 비용에 대한 부담 없이 통역 서비스를 받을 권리가 있습니다. 통역 서비스를 요청하려면 본 통지서의 상단에 기재된 연락처를 통해 법원 직원에게 알리십시오.

**Polish/Polski:** Ma Pan/Pani prawo do nieodpłatnego skorzystania z usług tłumacza ustnego. Aby zwrócić się o wsparcie ze strony tłumacza ustnego, proszę skontaktować się z pracownikami sądu, korzystając z danych znajdujących się w górnej części niniejszego dokumentu.

**Punjabi/ پنجابی /Pakistan:** تہاڈے کول بغیر ادائیگی کیتیاں اک مترجم حاصل کرن دا حق اے۔ مترجم دی درخواست کرن لئی، میربانی کر کے ایس نوٹس دے اُوتے فرابم کیتیاں دیاں معلومات نوں ورتدیاں عدالت دے عملے نوں اطلاع دوو۔

**Punjabi/ ਪੰਜਾਬੀ /India:** ਤੁਹਾਨੂੰ ਇਕ ਦੁਭਾਸ਼ੀਆ ਹਾਸਲ ਕਰਨ ਦਾ ਹੱਕ ਹੈ, ਜਿਸ ਦੀ ਤੁਹਾਨੂੰ ਕੋਈ ਲਾਗਤ ਨਹੀਂ ਲੱਗੇਗੀ। ਦੁਭਾਸ਼ੀਏ ਲਈ ਬੇਨਤੀ ਕਰਨ ਵਾਸਤੇ, ਕਿਰਪਾ ਕਰ ਕੇ ਅਦਾਲਤ ਦੇ ਅਮਲੇ ਨੂੰ ਜਾਣੂ ਕਰਵਾਓ ਤੇ ਇਸ ਲਈ ਇਸ ਨੋਟਿਸ ਦੇ ਸਿਖਰ ਉੱਤੇ ਦਿੱਤੀ ਸੰਪਰਕ ਜਾਣਕਾਰੀ ਦਾ ਇਸਤੇਮਾਲ ਕਰੋ।

**Portuguese/Português:** Você tem direito a um intérprete gratuitamente. Para solicitar um intérprete, informe à nossa equipe usando os dados de contato mostrados na parte superior deste aviso.

**Somali/Somaali:** Waxaad xaq u leedahay in lagu turjumo lacag la'aan ah. Si aad u codsato turjumaanka, fadlan u sheeg maxkamadda shaqaalaha adiga oo isticmaala macluumaadka ciwaanka kor lagu siiyay ee ogeysiiskaan.

**Haitian Creole/Kreyòl Ayisyen:** Ou gen dwa resevwa sèvis yon entèprèt gratis. Pou mande pou yon entèprèt, tanpri fè manm pèsonèl tribinal la konnen lè ou sèvi avèk enfòmasyon an yo te bay ou nan tèt avi sa a.

**French/Français :** Vous avez le droit de bénéficier gratuitement de l'assistance d'un interprète. Pour en faire la demande, veuillez en informer le personnel du tribunal à l'aide des coordonnées indiquées en haut de page.

Received County of Berks Prothonotary's Office on 12/11/2023 12:41 PM Docket No. 22-11757