Received County of Berks Prothonotary's Office on 07/09/2024 4:54 PM Prothonotary Docket No. 22-11757

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esq.
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19530
(610) 926-7875
(484) 930-0054 *fax*
*Counsel for Plaintiff*

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>            Plaintiff,<br><br>                   v.<br><br><br>BENE   MARKET,   LLC,   ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>            Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## PRETRIAL MEMORANDUM

### I.    Summary Statement of the Facts

Plaintiff and Mr. Redmond were parties to a prior action over a claim by Plaintiff that he was "frozen out" of the business National Brokers of America that he helped to make profitable. The case involved the freeze-out as well as many other substantial breaches of fiduciary duty, where Redmond was misappropriating partnership assets for luxury personal expenses.

Redmond then formed the successor company "Bene Market" using NBOA's revenue, assets, employees, and clientele. Therefore, all the resources that should rightfully pass to Plaintiff have been hidden and sheltered in Bene Market by Redmond. This means all the Defendants (except Stephanie Miller, who has been dismissed as a party) have been unjustly enriched by the receipt of value that should be passing to Plaintiff as a result of the prior action.

### II.    Amendments to Pleadings.

Received County of Berks Prothonotary's Office on 07/09/2024 4:54 PM Prothonotary Docket No. 22-11757

None at this time but see the final section of this document. Defendants have sought a change to this action in the Bankruptcy Court for the Eastern District of Pennsylvania.

### III. Admissions to Pleadings.

Defendants admits Redmond is a member of Bene Market.

Defendants admit there is a judgment against Redmond resulting from a prior action.

### IV. Admissions in Discovery:

None.

### V. Itemized Special Damages.

No itemized damages are claimed.

### VI. General Unliquidated Damages.

Restitution damages for Plaintiff's proportionate share of the fair market value of Bene Market, LLC, plus its profits and appreciation, together with prejudgment and post-judgment interest.

### VII. Stipulations Desired

Stipulate the verdict and judgment in the prior action were entered in the trial court. Stipulate Redmond is a member and/or manager of Bene Market, LLC. Stipulate Bene Market, LLC is in the business of direct-to-consumer marketing of insurance products for insurance carriers.

### VIII. Objections to Depositions Taken Specifically for Use at Trial.

None at this time.

### IX. Witnesses Expected to be Called.

- Plaintiff;

- Alan Redmond;

Received County of Berks Prothonotary's Office on 07/09/2024 4:54 PM Prothonotary Docket No. 22-11757

- John Sardella;

- Bene Market's accountants C. Malcolm Smith and John Sardella;

- Any employee, officer, member, and/or owner of Bene Market who may be identified; and

- All witnesses called by Defendants as by cross-examination, rebuttal, and impeachment.

**X.    Exhibits Expected to be Offered into Evidence.**

- Decision and Verdict in the prior action;

- Indexed judgment in the prior action against Mr. Redmond;

- Tax documents concerning Bene Market, LLC, including but not limited to IRS "Form 1065" and Pennsylvania "PA-20S/PA-65" returns; and

- Documents concerning the market rate for services like Bene Market's offered to insurance carriers; and

- Insurance documents for Bene Market, LLC.

**XI.    Legal Issues Anticipated.**

- Whether *res judicata* and/or collateral estoppel bar Defendants from challenging the decision and verdict in the prior action;

- Whether Defendant Redmond has been unjustly enriched by assets misappropriated by Redmond in the foundation of Bene Market, LLC; and

- Whether Plaintiff is entitled to pierce the corporate veil.

**XII.    Special Problems.**

A third party corporation, National Brokers of America, along with Defendant Alan Redmond have asked the Bankruptcy Court for the Eastern District of Pennsylvania

to sanction undersigned counsel for this lawsuit. That motion is still pending in

Bankruptcy No. 19-15488-pmm.

Respectfully submitted,

**CORNERSTONE LAW FIRM**

Date: <u>July 9, 2024</u>          By: _____
                                      Joel A. Ready, Esq.
                                      PA Attorney I.D. # 321966
                                      *Counsel for Plaintiff*

**Received County of Berks Prothonotary's Office on 07/09/2024 4:54 PM Prothonotary Docket No. 22-11757**

Received County of Berks Prothonotary's Office on 07/09/2024 4:54 PM Prothonotary Docket No. 22-11757

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esq.
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19530
(610) 926-7875
(484) 930-0054 *fax*
*Counsel for Plaintiff*

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## CERTIFICATE OF SERVICE

I, Maria K. Kreiser, Paralegal, certify that on Tuesday, July 09, 2024, I served true and correct copies of the within Pretrial Memorandum and this Certificate of Service via email to the addressee as listed below:

Norman M. Valz, Esq.
Norman M. Valz & Associates, P.C.
441 Irvington Rd.
Drexel Hill, PA 19026
nvalz@msn.com

**CORNERSTONE LAW FIRM, LLC**

Date:  July 9, 2024            By: _____
                                  Maria K. Kreiser, Paralegal