Received County of Berks Prothonotary's Office on 07/11/2024 1:34 PM Prothonotary Docket No. 22-11757

Norman M. Valz, Esq.
PA I.D. No. 61338
Norman M. Valz & Associates, P.C.
441 Irvington Road
Drexel Hill, PA  19026-1320
Tel. (215) 756-2424
Fax  (215) 827-5758
nvalz@msn.com
*Counsel for Plaintiff*

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

### DEFENDANTS' PRETRIAL MEMORANDUM

I.      **Summary Statement of the Facts**

Plaintiff and Mr. Redmond were parties to a prior action over a claim by Plaintiff that he was "frozen out" of the business National Brokers of America that he helped to make profitable.

National Brokers of America has been in Chapter 7 Bankruptcy since 2019 protected by an automatic stay, however on January 4, 2021, the Honorable Patricia M. Mayer signed a "Consent Order to Remand State Court Claims Against Alan Christopher Redmond to State Court and to Lift Stay for State Court Claims by Jason Scott Jordan Against Alan Christopher Redmond" entered into between Jordan and Chapter 7 Trustee, Robert H. Holber.

1

Received County of Berks Prothonotary's Office on 07/11/2024 1:34 PM Prothonotary Docket No. 22-11757

Pursuant to this Consent Order, Jordan was allowed to pursue claims **against Redmond only** as they were not core proceedings involving property of the Debtor's estate:

> Notwithstanding the Initial Stay Relief Order, the automatic stay (including a stay under 11 U.S.C. § 362) is hereby lifted as it applies to claims by Jason Scott Jordan against Alan Christopher Redmond in the State Court Action *provided however that such State Court Action shall not include any claims against the Debtor* or the Trustee nor shall the Trustee be required to participate in any discovery in the State Court action.

Defendants contend that Plaintiff's case which is based on the premise that Bene Market is a successor business organization to National Brokers of America is in contravention of the automatic stay provisions of the U.S. Bankruptcy Code.

**II.     Amendments to Pleadings.**

None at this time but see the final section of this document.   Defendants are seeking the intervention of the U.S. Bankruptcy Court.

**III.     Admissions to Pleadings.**

Defendants admit Redmond is a member of Bene Market.

Defendants admit there is a judgment against Redmond resulting from a prior action.

**IV.     Admissions in Discovery:**

None.

**V.     Itemized Special Damages.**

Defendants claim costs and attorneys fees incurred due to Plaintiff's willful pursuit of this action in contravention of the automatic stay provisions of the U.S. Bankruptcy Code.

**VI.     General Unliquidated Damages.**

**N/A**

2

Received County of Berks Prothonotary's Office on 07/11/2024 1:34 PM Prothonotary Docket No. 22-11757

**VII.   Stipulations Desired**

Stipulate the verdict and judgment in the prior action were entered in the trial court.

Stipulate Redmond is a member and/or manager of Bene Market, LLC. Stipulate Bene Market, LLC is in the business of direct-to-consumer marketing of insurance products for insurance carriers.

**VIII.   Objections to Depositions Taken Specifically for Use at Trial.**

None at this time.

**IX.   Witnesses Expected to be Called.**

- Plaintiff; Jason Jordan;

- Bene Market's accountants C. Malcolm Smith and John Sardella; and

- All witnesses called by Plaintiffs as by cross-examination, rebuttal, and impeachment.

**X.   Exhibits Expected to be Offered into Evidence.**

- Decision and Verdict in the prior action;

- Jan. 24, 2021 Consent Order signed by Hon. Patricia M. Mayer, U.S.B.J. partially lifting the automatic stay so that the underlying litigation between Jason Jordan and Alan Redmond could proceed; and

- Any Orders subsequently issued by the U.S. Bankruptcy Court directly impacting this case.

**XI.   Legal Issues Anticipated.**

- Whether *res judicata* bar Plaintiff from re-litigating issues against Defendant Alan Redmond;

Received County of Berks Prothonotary's Office on 07/11/2024 1:34 PM Prothonotary Docket No. 22-11757

- Whether this action is in contravention of the Automatic Stay provisions in place for the chapter 7 bankruptcy of National Brokers of America as it is premised upon Bene Market being a successor business entity to National Brokers of America.

**XII.    Special Problems.**

National Brokers of America, along with Defendant Alan Redmond have Petitioned the Bankruptcy Court for the Eastern District of Pennsylvania to Enforce the Automatic Stay provisions and to sanction Plaintiff's counsel for pursuing this lawsuit.  Said motion is still pending (Bankruptcy No. 19-15488-pmm) however, the Honorable Patrica M. Mayer has made the request to counsel for Defendants to file with the Bankruptcy Court an affidavit of expenses and time expended in their defense for the case at hand.

Please note that this Pre-Trial Memorandum represents Defendants' perspective. Plaintiff unilaterally filed its Memorandum previously and did not seek Defendants input nor initiated any contact with Defendants to file a Joint Memorandum.

Respectfully submitted,

**Norman M. Valz & Associates, P.C.**

_____
Norman M. Valz, Esq.
Attorney for Defendants
Pennsylvania Bar I.D. 61338
441 Irvington Road
Drexel Hill, PA    19026
Tel. (215) 756-2424
Fax  (215) 827-5758
nvalz@msn.com

**July 11, 2024**

4

Received County of Berks Prothonotary's Office on 07/11/2024 1:34 PM Prothonotary Docket No. 22-11757

## CERTIFICATE OF SERVICE

I, Norman M. Valz, aver that the attached Pretrial Memorandum has been served on behalf of Defendants upon opposing counsel via the electronic filing system, or where a party Defendant has not yet had legal counsel enter their appearance, by pre-paid first class U.S. Mail in accordance with the Pennsylvania and Berks County Rules of Civil Procedure.

**Norman M. Valz & Associates, P.C.**

_____

Norman M. Valz, Esq.
Pennsylvania Bar I.D. 61338
Attorney for named Defendants
Tel. (215) 756-2424
Fax  (215) 827-5758
nvalz@msn.com