**Received County of Berks Prothonotary's Office on 07/12/2024 10:29 AM Prothonotary Docket No. 22-11757**

**BOCHETTO & LENTZ, P.C.**
By:  David P. Heim, Esquire
I.D. No. 84323
1524 Locust Street
Philadelphia, PA  19102
T: (215)735-3900
F: (215)735-2455
dheim@bochettoandlentz.com

*Attorney for Defendant,*
*Alan Christopher Redmond*

| | |
|---|---|
| JASON SCOTT JORDAN | : COURT OF COMMON PLEAS |
| | : BERKS COUNTY, |
| Plaintiff, | : PENNSYLVANIA |
| | : |
| v. | : |
| | : NO. 22-11757 |
| BENE MARKET JLLC, ALAN CHRISTOPHER | : |
| REDMOND, individually, d/b/a THE LEAD | : |
| HOUSE and STEPHANIE MILLER | : |
| | : |
| Defendants. | : |
| | : |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance for Defendant, Alan Christopher Redmond, in the above-referenced matter.

**BOCHETTO & LENTZ, P.C.**

Dated:  July 12, 2024          By:     */s/ David P. Heim*
                                        DAVID P. HEIM, ESQUIRE
                                        *Attorney for Defendant,*
                                        *Alan Christopher Redmond*

**Received County of Berks Prothonotary's Office on 07/12/2024 10:29 AM Prothonotary Docket No. 22-11757**

## CERTIFICATE OF SERVICE

I, *David P. Heim, Esquire*, hereby certify that a true and correct copy of the forgoing was filed electronically through this Court's ECF System and is available for viewing and downloading from this Court's ECF System. I further certify that an electronic copy of the foregoing was served upon all parties of record through this Court's ECF System.

**BOCHETTO & LENTZ, P.C.**

Dated:  July 12, 2024              By:    */s/ David P. Heim*
                                          DAVID P. HEIM, ESQUIRE