**Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757**

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esquire
Attorney I.D. #321966
Dominic Mayle, Esquire
Attorney I.D. #326390
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## NOTICE OF INVOLUNTARY CHAPTER 11 PETITION

PLEASE TAKE NOTICE that on September 3, 2024, certain petitioning creditors filed an involuntary Chapter 11 petition against Alan Christopher Redmond in the U.S. Bankruptcy Court for the Eastern District of Pennsylvania at Case No. 24-13093. A copy of such Petition is attached as Exhibit 1. An order for relief on such Petition has not yet been entered, but the automatic stay of 11 U.S.C. § 362(a) applies to the instant proceeding with respect to Alan Christopher Redmond.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: September 10, 2024          By:    /s/ Joel A. Ready
                                          Joel A. Ready, Esquire
                                          Attorney I.D. #321966
                                          8500 Allentown Pike, Suite 3
                                          Blandon, PA 19510
                                          610-926-7875

1

# Exhibit 1

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

# Exhibit 1

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of Pennsylvania

Case number (if known): ___24-13093___ Chapter _11_

☐ Check if this is an amended filing

## Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

☑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's full name**

Alan
First name

Christopher
Middle name

Redmond
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

_____
_____
_____

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

XXX – XX – 5 0 9 2    OR    9 XX – XX – ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☑ Unknown

EIN ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ – ___ ___ ___ ___ ___ ___ ___

Debtor   Alan Christopher Redmond                                    Case number (if known)_____

**6. Debtor's address**

Principal residence                                      Mailing address, if different from residence

2005      Regency Drive
Number    Street                                         Number       Street


Wyomissing              PA        19610
City                    State     ZIP Code              City                        State     ZIP Code

Berks
County

**Principal place of business**


Number    Street



City                    State     ZIP Code


County

**7. Type of business**

☐  Debtor does not operate a business

*Check one if the debtor operates a business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

**8. Type of debt**

**Each petitioner believes:**

☐  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☐  No

☑  Yes. Debtor  National Brokers of America, Inc.          Relationship  Shareholder/Owner
   District  Eastern District       Date filed 09/03/2019   Case number, if known  19-15488
                                    MM / DD / YYYY

   Debtor _____          Relationship _____
   District _____ Date filed _____   Case number, if known_____
                          MM / DD / YYYY

Official Form 105                  Involuntary Petition Against an Individual                  page **2**

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

Debtor **Alan Christopher Redmond**

Case number *(if known)*_____

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jason Scott Jordan | Judgment for Unpaid Wages & Attorneys Fees | $ 13,105,197.2( |
| Cornerstone Law Firm LLC | Judgement for Attorney Fees | $ 10,484.50 |
| Ethan Shalter | Breach of Contract | $ 1,036.08 |
| | Total | $ 13,116,717.7( |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

Debtor    Alan Christopher Redmond

Case number (if known)_____

## Part 4:    Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of petitioner or representative, including representative's title

**Cornerstone Law Firm, LLC**
Printed name of petitioner

Date signed    **08/15/2024**
MM / DD / YYYY

**Mailing address of petitioner**

8500 Allentown Pike, Suite 3
Number    Street

Blandon                PA        19510
City                    State          ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    _____

Email    _____

**Name and mailing address of petitioner's representative, if any**

Joel Ready, Esquire
Name

8500 Allentown Pike, Suite 3
Number    Street

Blandon            PA        19510
City                State          ZIP Code

**Attorneys**

X _Joel A. Ready_
Joel A. Ready (Aug 15, 2024 09:54 EDT)
Signature of attorney

**Joel A. Ready, Esquire**
Printed name

**Cornerstone Law Firm, LLC**
Firm name, if any

**8500 Allentown Pike, Suite 3**
Number    Street

Blandon                PA        19510
City                    State          ZIP Code

Date signed    **08/15/2024**
MM / DD / YYYY

Contact phone (610) 926-7875    Email joel@cornerstonelaw.us

Official Form 105                Involuntary Petition Against an Individual                page 4

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

Debtor    Alan Christopher Redmond                    Case number (if known)_____

X  *Jason Jordan*
   Jason Jordan (Aug 15, 2024 09:35 EDT)
   Signature of petitioner or representative, including representative's title

   Jason Scott Jordan
   Printed name of petitioner

   Date signed    08/15/2024
                  MM  /  DD  / YYYY

   Mailing address of petitioner

   10802 Northwest 56th Ct.
   Number    Street

   Coral Springs              FL      33046
   City                       State   ZIP Code

   Name and mailing address of petitioner's representative, if any

   _____
   Name

   _____
   Number    Street

   _____
   City          State ZIP Code


X  *Joel A. Ready*
   Joel A. Ready (Aug 15, 2024 09:54 EDT)
   Signature of Attorney

   Joel A. Ready, Esquire
   Printed name

   Cornerstone Law Firm, LLC
   Firm name, if any

   8500 Allentown Pike, Suite 3
   Number    Street

   Blandon              PA       19510
   City                 State    ZIP Code

   Date signed    08/15/2024
                  MM  / DD  / YYYY

   Contact phone (610) 926-7875    Email joel@cornerstonelaw.us


X  _____
   Ethan Shalter (Aug 15, 2024 09:01 EDT)
   Signature of petitioner or representative, including representative's title

   Ethan Shalter
   Printed name of petitioner

   Date signed    08/15/2024
                  MM  /  DD  / YYYY

   Mailing address of petitioner

   1360 Philip Ave.
   Number    Street

   Birdsboro              PA      19508
   City                   State   ZIP Code

   Name and mailing address of petitioner's representative, if any

   _____
   Name

   _____
   Number    Street

   _____
   City          State        ZIP Code


X  *Joel A. Ready*
   Joel A. Ready (Aug 15, 2024 09:54 EDT)
   Signature of Attorney

   Joel A. Ready, Esquire
   Printed name

   Cornerstone Law Firm, LLC
   Firm name, if any

   8500 Allentown Pike, Suite 3
   Number    Street

   Blandon              PA       19510
   City                 State    ZIP Code

   Date signed    08/15/2024
                  MM  / DD  / YYYY

   Contact phone (610) 926-7875    Email joel@cornerstonelaw.us

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. |
| | Chapter 11. Involuntary Petition |

### INFORMATION IN SUPPORT OF OFFICIAL FORM 105 INVOLUNTARY PETITION AGAINST INDIVIDUAL

NOW COMES Jason Scott Jordan, Cornerstone Law Firm, LLC., and Ethan Shulter (hereinafter "Creditors"), by and through Cornerstone Law Firm hereby files this Information in support of Official Form 105 Involuntary Petition Against Individual and offers the following:

1. Alan Christopher Redmond is an individual person who resides in 1198 Reading Blvd., Wyomissing, PA 19610 and is the subject of this Involuntary Petition as the Debtor.

2. Jason Scott Jordan resides in 10802 Northwest 56th Ct., Coral Springs, FL 33046 and is a holder of a claim against Debtor in the amount of $13,105,197.20 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 1.*

3. Cornerstone Law Firm, LLC. is a business entity with its principal place of business in 8500 Allentown Pike #3, Blandon, PA 19510 and is a holder of a claim against Alan C. Redmond in the amount of $10,484.50 that is not contingent as to liability or the subject of a bona fide dispute under 11 U.S.C § 303(b)(1). *See Exhibit 2.*

4. Ethan Shalter resides in 1360 Philip Ave., Birdsboro, PA 19508 and is a holder of a claim against Alan C. Redmond in the amount of $1,036.00 that is not contingent as to liability or the subject of a bona fide dispute 11 U.S.C § 303(b)(1). *See Exhibit 3.*

5. Creditors in the aggregate hold claims against the Debtor in the amount over $18,600.00 meeting the requirements of 11 U.S.C § 303(b)(1).

1

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

6. Petitioners believe, and aver, that Debtor has fewer than 12 holders of a claim, excluding any employee or insider of the Debtor, as defined by 11 U.S.C. § 303(b)(1).

7. Creditors request this honorable court to oust the Debtor from possession of his assets and to immediately appoint an Interim Trustee for cause, including fraud, dishonesty, incompetence, or gross mismanagement of the Debtor by current management in the best interest of the creditors and for the preservation of assets to prevent loss of estate property as further set forth in the motion for emergent relief. See 11 U.S.C § 303(f); 11 U.S.C § 1104(a)(1).

8. In addition, the Creditors request this honorable court under its injunctive powers to limit the Debtor's right to continue to operate any business, and to use, acquire, or dispose of property as further set forth in the motion for emergent relief. See 11 U.S.C § 105; 11 U.S.C § 303(f).

9. Upon order for relief, Creditors request this honorable court to designate a responsible party to file Schedules on behalf of the Debtor to prevent the dissipation of assets by fraud, dishonesty, incompetence or gross mismanagement of the Debtor and to ensure compliance under the contempt procedures of the Bankruptcy Court. See Fed. R. Bankr. P. 9001(5); Fed. R. Bankr. P. 9020.

10. Upon service of process to the Debtor, Creditors request this honorable court to schedule a hearing and disposition of the Involuntary Petition at the earliest practicable time. See Fed. R. Bankr. P. 1013.

WHEREFORE, based on the foregoing, the Court should prospectively grant the Creditor's request and other relief as the Court deems necessary, just, or appropriate.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

By: _Joel A. Ready_____

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

Joel A. Ready, Esquire
PA Attorney I.D. # 321966
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

3

Received County of Berks Prothonotary's Office on 09/10/2024 3:05 PM Prothonotary Docket No. 22-11757

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esquire
Attorney I.D. #321966
Dominic Mayle, Esquire
Attorney I.D. #326390
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## CERTIFICATE OF SERVICE

I, Maria K. Kreiser, Paralegal, certify that on Tuesday, September 10, 2024, I served true and correct copies of the Notice of Involuntary Chapter 11 Petition and this Certificate of Service via email to the addressees as listed below:

| | |
|---|---|
| Norman M. Valz, Esq.<br>Norman M. Valz & Associates, P.C.<br>441 Irvington Rd.<br>Drexel Hill, PA 19026<br>nvalz@msn.com | David Heim, Esq.<br>Bochetto & Lentz, P.C.<br>1524 Locust St.<br>Philadelphia, PA 19102<br>dheim@bochettoandlentz.com |

**CORNERSTONE LAW FIRM, LLC**

Date:   September 10, 2024           By:   _Maria Kreiser_
                                                  Maria K. Kreiser, Paralegal