**Received County of Berks Prothonotary's Office on 12/09/2024 12:19 PM Prothonotary Docket No. 22-11757**

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>        Plaintiff,<br><br>        v.<br><br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>        Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE PROTHONOTARY

PLEASE TAKE NOTICE that on December 6, 2024, this action was removed to the United States District Court for the Eastern District of Pennsylvania and referred to the U.S. Bankruptcy Court for the Eastern District of Pennsylvania, by filing a Notice of Removal with that Court. A copy of such Notice of Removal and all supporting papers are attached as Exhibit A. Accordingly, and under 28 U.S.C. § 1446(d), this action is now removed and all further proceedings in the Berks County Court of Common Pleas are hereby stayed.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: <u>December 9, 2024</u>       By:   <u>/s/ Joel A. Ready</u>
                                 Joel A. Ready, Esquire
                                 Attorney I.D. #321966
                                 8500 Allentown Pike, Suite 3
                                 Blandon, PA 19510
                                 610-926-7875

**Received County of Berks Prothonotary's Office on 12/09/2024 12:19 PM Prothonotary Docket No. 22-11757**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND | Bankruptcy No. 24-13093-PMM |
| | Involuntary Chapter 11 |

**NOTICE OF REMOVAL OF ACTION**

Jason Scott Jordan ("Jordan") hereby seeks to remove the case of Jason Scott Jordan v. Bene Market, LLC et al., C.A. No. 22-11757 in the Berks County Court of Common Pleas into this Court pursuant to 28 U.S.C. §§ 1441 and 1452.

1. On July 29, 2022, a complaint was filed in the Berks County Court of Common Pleas at Docket No. 22-11757 (the "State Court Case").

2. On October 2, 2024, the Court entered an order for relief on an involuntary petition in this Chapter 11 case and this removal is timely filed within 90 days of that order. Fed. R. Bankr. P. 9027(a)(2).

3. The U.S. District Court for the Eastern District of Pennsylvania (the "District Court") has jurisdiction over this matter under 28 U.S.C. § 1334 because this action arises in and relates to the Debtor's Chapter 11 case pending before this Court and, therefore, may be removed under 28 U.S.C. § 1452 and Fed. Bankr. P. 9027.

4. The State Court Case may be referred to this Court from the District Court under the Standing Order of Reference entered on July 25, 1984 by the District Court.

5. The cause of action to be removed is a core proceeding as defined in 28 U.S.C. § 152(b)(2) as it involves the "allowance or disallowance of claims against the estate or exemptions from the property of the estate," id. § 157(b)(2)(B). The case may involve matters concerning the

administration of this case, id. § 157(b)(2)(A), or other proceedings affecting the liquidation of

assets of the Debtor's estate (§ 157(b)(2)(O)).

6.      Accordingly, removal of the State Court Case is appropriate and should be referred to this

Court.

<div style="margin-left: 45%;">

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

</div>

Dated: December 6, 2024               By:      /s/ Joel A. Ready
                                               Joel A. Ready, Esquire
                                               PA Attorney I.D. # 321966
                                               Benjamin J. Lewis, Esquire
                                               PA Attorney I.D. # 313733
                                               8500 Allentown Pike, Suite 3
                                               Blandon, PA 19510
                                               (610) 926-7875

Received County of Berks Prothonotary's Office on 12/09/2024 12:19 PM Prothonotary Docket No. 22-11757

**Received County of Berks Prothonotary's Office on 12/09/2024 12:19 PM Prothonotary Docket No. 22-11757**

**CORNERSTONE LAW FIRM, LLC**
Joel A. Ready, Esquire
Attorney I.D. #321966
Dominic Mayle, Esquire
Attorney I.D. #326390
8500 Allentown Pike, Suite 3
Blandon, PA 19510
(610) 926-7875

| | |
|---|---|
| JASON SCOTT JORDAN,<br><br>Plaintiff,<br><br>v.<br><br>BENE MARKET, LLC, ALAN CHRISTOPHER REDMOND, individually and doing business as "The Lead House," and STEPHANIE MILLER,<br><br>Defendants. | COURT OF COMMON PLEAS OF BERKS COUNTY, PENNSYLVANIA<br><br>CIVIL ACTION<br><br>DOCKET NO.: 22-11757 |

## CERTIFICATE OF SERVICE

I, Valeria Amato, Paralegal, certify that on Monday, December 09, 2024, I served true and correct copies of the Notice of Filing of Notice of Removal and this Certificate of Service via email to the addressees as listed below:

Norman M. Valz, Esq.
Norman M. Valz & Associates, P.C.
441 Irvington Rd.
Drexel Hill, PA 19026
nvalz@msn.com

David Heim, Esq.
Bochetto & Lentz, P.C.
1524 Locust St.
Philadelphia, PA 19102
dheim@bochettoandlentz.com

**CORNERSTONE LAW FIRM, LLC**

Date:    December 9, 2024         By:    _Valeria Amato_
Valeria Amato, Paralegal