**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ALAN CHRISTOPHER REDMOND, Debtor | Case No. 24-13093-PMM |
| JASON SCOTT JORDAN, Plaintiff, | Involuntary Chapter 11 |
| v. | |
| ALAN CHRISTOPHER REDMOND, Defendant. | Adv. Proc. No. 24-00144-PMM |

**JASON SCOTT JORDAN'S SUPPLEMENTAL NOTICE**
**OF REMOVAL ACTION AND CONSENT TO JURISDICTION**

Under Fed. R. Bankr. P. 7008 and the Court's Order filed December 10, 2024, Jason Scott

Jordan hereby supplements his Notice of Removal of Action [ECF No. 1] as follows: Jason Scott

Jordan consents to the entry of final orders or judgment in the instant proceeding by the U.S.

Bankruptcy Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**CORNERSTONE LAW FIRM, LLC**

Dated: December 19, 2024          By:     /s/ Joel A. Ready
                                                       Joel A. Ready, Esquire
                                                       PA Attorney I.D. # 321966
                                                       Benjamin J. Lewis, Esquire
                                                       PA Attorney I.D. # 313733
                                                       8500 Allentown Pike, Suite 3
                                                       Blandon, PA 19510
                                                       (610) 926-7875

1