**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | : |
| | : **CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | : |
| | : **BANKRUPTCY NO. 24-13093pmm** |
| Debtor. | : |
| **JASON SCOTT JORDAN,** | : |
| | : |
| Plaintiff, | : **ADV. PRO. NO. 24-0144pmm** |
| v. | : |
| | : |
| **ALAN CHRISTOPHER REDMOND, et. al.,** | : |
| | : |
| Defendants. | : |

<u>**NOTICE OF MOTION, RESPONSE DEADLINE AND IN-PERSON HEARING DATE**</u>

Alan Christopher Redmond (the "Debtor") by and through his counsel, Ciardi Ciardi & Astin, has filed a **Motion for Remand and Abstention Pursuant to 28 U.S.C. §§1334 (c), 1447 (c) and 1452(b) and Federal Rule of Bankruptcy Procedure 9027** (the "Motion") with the Court.

1. <u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have any attorney, you may wish to consult an attorney.)**

2. If you do not want the court to grant the relief sought in this Motion or if you want the Court to consider your views on the Motion, then on or before <u>**January 19, 2025**</u> you or your attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held on <u>**February 11, 2025 in at 11:00 am, 4th Floor**</u> at the United States Bankruptcy Court for the Eastern District of Pennsylvania,  The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA  19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.  Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this notice.

## *FILING INSTRUCTIONS*

1.  If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2.  If you are not required to file electronically, you must file your response at

    U.S. Bankruptcy Court for the Eastern District of Pennsylvania
    Attn:  Clerk's Office
    201 Penn Street, Suite 103
    Reading, PA 19601

3.  If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Albert A. Ciardi, III, Esquire
    Nicole M. Nigrelli, Esquire
    CIARDI CIARDI & ASTIN
    1905 Spruce Street
    Philadelphia, PA  19103
    Telephone: 215-557-3550
    Telecopier: 215-557-3551
    aciardi@ciardilaw.com
    nnigrelli@ciardilaw.com

Dated:  December 20, 2024                    **CIARDI CIARDI & ASTIN**

                                             */s/ Albert A. Ciardi, III*
                                             Albert A. Ciardi, III, Esquire

                                             *Attorneys for Debtor*

2