## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **:** |
| | **: CHAPTER 11** |
| **ALAN CHRISTOPHER REDMOND,** | **:** |
| | **: BANKRUPTCY NO. 24-13093pmm** |
|         **Debtor.** | **:** |
| | **:** |
| **JASON SCOTT JORDAN,** | **:** |
| | **:** |
|         **Plaintiff,** | **: ADV. PRO. NO. 24-0144pmm** |
|   **v.** | **:** |
| | **:** |
| **ALAN CHRISTOPHER REDMOND, et. al.,** | **:** |
| | **:** |
|         **Defendants.** | **:** |
| | **:** |

### CERTIFICATE OF SERVICE

I, Nicole M. Nigrelli, Esquire, hereby caused on this 20th day of December, 2024 served

the *Motion of the Debtor For Remand and Abstention Pursuant To 28 U.S.C. §§1334 (C),*

*1447(C) And 1452(B) And Federal Rule Of Bankruptcy Procedure 9027* and *Statement*

*Pursuant to Federal Rule of Bankruptcy Procedure 9027* via United States first class mail upon

the following on the attached page

CIARDI CIARDI & ASTIN

By:    */s/ Nicole M. Nigrelli*
              Nicole M. Nigrelli, Esquire
              1905 Spruce Street
              Philadelphia, PA  19103
              T (215) 557-3550
              F (215) 557-3551
              nnigrelli@ciardilaw.com

**ALAN CHRISTOPHER REDMOND**
**24-13093 (PMM)**

**Bene Market, LLC & Stephanie Miller**
c/o Norman Mount Valz, Esquire
441 Irvington Road
Drexel Hill, PA  19026

**Jason Scott Jordan**
c/o Joel A. Ready, Esquire
Cornerstone Law Firm
8500 Allentown Pike, Ste 3
Blandon, PA  19510

Jason Scott Jordan
10802 Northwest 56th Court
Coral Springs, Florida 33046

**Bene Market, LLC**
8 Morgan Drive
Reading, PA  19608-1753

**Stephanie Miller**
485 Knorr Road
Gettysburg, PA  17325

David Heim
Bochetto & Lentz PC
1524 Locust Street
Philadelphia, PA  19102