**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :
                                                : **CHAPTER 11**
**ALAN CHRISTOPHER REDMOND,**                   :
                                                : **BANKRUPTCY NO. 24-13093pmm**
                                  Debtor.       :
                                                :
**JASON SCOTT JORDAN,**                         :
                                                :
                                  Plaintiff,    : **ADV. PRO. NO. 24-0144pmm**
          v.                                    :
                                                :
**ALAN CHRISTOPHER REDMOND, et. al.,**          :
                                                :
                                  Defendants.   :
                                                :

**ORDER APPROVING ALAN CHRISTOPHER REDMOND'S MOTION FOR REMAND
AND ABSTENTION PURSUANT TO 28 U.S.C. §§1334 (c), 1447(c) AND 1452(b) AND
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027**

AND NOW, this ___11th___ day of ___February___, 2025, upon consideration of the

Motion of Alan Christopher Redmond (the "Debtor") to Remand the above-captioned action to

the Berks County Court of Common Pleas, and all responses thereto, it is hereby ORDERED

that:

1.  The Motion to Remand is GRANTED;

2.  The Berks County Litigation, as defined in the Motion to Remand, is

    immediately REMANDED to the Berks County Court of Common Pleas; ~~and~~

3.  ~~Pursuant to 28 U.S.C §1447(c), Jason Scott Jordan shall pay to the Debtor all~~

    ~~costs, including attorneys' fees and other actual expenses, incurred as a result~~

    ~~of the improper removal of the Berks County Litigation.~~

                                        _Patricia M. Mayer_

                                        Hon. Patricia M. Mayer
                                        United States Bankruptcy Judge